UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | CIVIL NO. |
| Plaintiff | Foreclosure of Mortgage |
| v. | |
| ANGEL M. LOPEZ PADRO a/k/a ANGEL MARIO LOPEZ PADRO, LUCIA AMALIA RUIZ LOPEZ, and their Conjugal Partnership | |
| Defendants | |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.      Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.      Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of three (3) promissory notes that affect the property described further below.

3.      The first promissory note is for the amount of **$73,500.00,** with annual interest of 5%, subscribed on August 11, 1977 by Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro. *See Exhibit 1 and 1-A.*

4.      For the purpose of securing the payment of said promissory note, Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro executed a voluntary mortgage on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 55 before Notary Public Domingo A. Vivaldi Fermoso.  This mortgage is duly recorded

at the Property Registry of Ponce at page 128 of volume 230 of Yauco, Puerto Rico, property number 7,700, 3rd inscription and at page 134 of volume 230 of Yauco, property number 7,701, 3rd inscription. *See Exhibits 2, 2-A, 3 and 4.*

5.   The note for $73,500.00 was modified on several occasions. Last modification occurred on November 21, 2002, for the amount of $169,320.90, under the terms and conditions stipulated and agreed therein, through Deed No. 90. *See Exhibits 5 and 5-A.*

6.   Plaintiff is also the owner and holder of a promissory note for the amount of **$10,000.00,** with annual interest of 3.75%, subscribed on April 25, 1995 by Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro. *See Exhibits 6.*

7.   For the purpose of securing the payment of said promissory note, Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro executed a voluntary mortgage on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 73 before Notary Public Omar Castellon Perez.  This mortgage is duly recorded at the Property Registry of Ponce at page 138 of volume 379 of Yauco, Puerto Rico, property number 7,700, 6th inscription and at page 143 of volume 379 of Yauco, property number 7,701, 7th inscription. *See Exhibits 3, 4 and 7.*

8.   The note for $10,000.00 was modified. Last modification occurred on November 21, 2002, for the amount of $12,559.34, under the terms and conditions stipulated and agreed therein, through Deed No. 90. *See Exhibits 5 and 5-A.*

9.   Plaintiff is also the owner and holder of a promissory note for the amount of **$8,000.00,** with annual interest of 4.50%, subscribed on February 13, 1990 by Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro and codefendant Lucia Amalia Ruiz Lopez. *See Exhibits 8.*

10.   For the purpose of securing the payment of said promissory note, Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro and Lucia Amalia Ruiz Lopez executed a voluntary mortgage on the same date, in favor of the plaintiff, under the terms and conditions

stipulated and agreed therein, through Deed No. 8 before Notary Public Xavier R. Torres Villa.  This mortgage is duly recorded at the Property Registry of Ponce at page 136 of volume 230 of Yauco, Puerto Rico, property number 7,701, 5th inscription.  *See Exhibits 4 and 9.*

11.    The note for $8,000.00 was modified on several occasions. Last modification occurred on November 21, 2002, for the amount of $2,719.24, under the terms and conditions stipulated and agreed therein, through Deed No. 90. *See Exhibits 5 and 5-A.*

12.    According to the Property Registry, defendant Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro is the owner of record of the real estate properties subject of this case. Said properties are described -as it were recorded in Spanish- as follows:

> RÚSTICA: Parcela número Uno (1): Predio de terreno en el Barrio Barinas  del término municipal de Yauco, Puerto Rico, con una cabida superficial de una (1) cuerda equivalente a tres mil novecientos treinta metros cuadrados (3,930 m.c.), en lindes por el NORTE, SUR, y OESTE, en sesenta y dos punto setenta metros con terrenos de la finca principal de la cual se segrega.
>
> PROPERTY NUMBER: 7,700, recorded at page 193 of volume 543 of Yauco, Registry of the Property of Puerto Rico, section II of Ponce.
>
> RÚSTICA: Parcela número Dos (2): Predio de terreno en el Barrio Barinas del término municipal de Yauco, Puerto Rico, con una cabida superficial de nueve cuerdas, equivalente a treinta y cinco mil trescientos setenta (35.370) metros cuadrados. En lindes por el NORTE, y SUR, en ciento cincuenta y tres metros cada una con terrenos de la finca principal de la cual se segrega; y por el ESTE, y OESTE, en doscientos treinta y uno punto diez y ocho metros cada uno con terrenos de Máximo Vega Flores y terrenos de la Sucesión Mario López Camacho de los cuales se segregan respectivamente.
>
> PROPERTY NUMBER: 7,701, recorded at page 202 of volume 543 of Yauco, Registry of the Property of Puerto Rico, section II of Ponce.
>
> *See Title Search attached as Exhibit 3 and 4.*

13.    The title searches attached to this complaint confirm the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants.  *See Exhibits 3*

*and 4.*

14. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

15. The defendants herein have failed to comply with terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 10*, the following amounts:

   a) On the $73,500.00 Note, as modified:

   1) The sum of $166,671.12, of principal;

   2) The sum of $117,024.60, of interest accrued as of September 9, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $22.8317;

   3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

   b) On the $10,000.00 Note, as modified:

   1) The sum of $10,950.47, of principal;

   2) The sum of $4,344.90, of interest accrued as of September 9, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.1250;

   3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    c) On the $8,000.00 Note, as modified:

       1)   The sum of $1,004.50, of principal;

       2)   The sum of $663.82, of interest accrued as of September 9, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $0.1032;

       3)   Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    d) The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

16.    Codefendant Angel M. Lopez Padro a/k/a Angel Mario Lopez Padro is not currently active in the military service for the United States. Plaintiff is unable to provide a "Status Report pursuant to Servicemembers Civil Relief Act" for codefendant Lucia Amalia Ruiz Lopez since we do not know her social security number. *See Exhibit 11*

17.    The real estate properties mentioned before are subject to the following liens in the rank indicated:

    (A)    <u>Property 7,700</u>:

       1)   Recorded liens with preference or priority over the mortgages herein executed:

         a)  None.

       2)   Junior Liens with inferior rank or priority over the mortgages herein executed:

         a)  None.

    (B)    <u>Property 7,701</u>:

       1)   Recorded liens with preference or priority over the mortgages herein executed:

         b)  None.

       2)   Junior Liens with inferior rank or priority over the mortgages herein executed:

c)  None.

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as acting LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1)  My name and personal circumstances are stated above;

2)  I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4)  Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5)  From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6)  I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7)  I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 24   day of  March, 2020.

JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)      That  defendant's  party  pays  unto  the  plaintiff  the  amounts  claimed  on  this complaint;

b)      Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at  public  auction  and  that  the  monies  due  to  the  United  States  as  alleged  in  the  preceding paragraphs be paid out of the proceeds of said sale;

c)      That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)      That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)      That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)      That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

7

g)     For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this <sup>17</sup> day of <sup>Nov.</sup> , 2020.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

8

## ADMINISTRACION DE HOGARES DE AGRICULTORES

Form FmHA 440-16
(Rev. 11-10-75)

| CLASE DE PRESTAMO |
| --- |
| Tipo: **FO** |
| De acuerdo a: |
| **X** Consolidated Farm and Rural Development Act. |
| ☐ Title V of the Housing Act of 1949 |

**PAGARE**

| ESTADO |
| --- |
| **PUERTO RICO** |
| OFICINA |
| **YAUCO** |
| CASO NUM. |
| **63-16- 0582723982** |

Fecha _____ **AGOSTO 11** _____ , 19 **77**

**POR VALOR RECIBIDO**, el subscribiente (ya sea una o más personas, denominado en adelante "Prestatario . . .") mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") en su oficina en _____ **YAUCO, PUERTO RICO** _____

**LA SUMA PRINCIPAL DE** _____ **SETENTA Y TRES MIL QUINIENTOS** _____

**DOLARES ($** **73,500.00** _____ ), más **INTERESES** sobre el **PRINCIPAL ADEUDADO** al

_____ **CINCO** _____ **POR CIENTO (** _____ **5** _____ **%) ANUAL.**

El pago de dicho Principal e Intereses será según acordado entre el Prestatario y el Gobierno usando una de las cuatro alternativas como se indica más abajo: (marque uno)

☐ I. Pagos de Principal e Intereses serán diferidos. El primer plazo será de intereses acumulados y vencerá en

_____ , 19 _____ . El Pago de Principal e Intereses acumulados subsiguientemente serán

en _____ plazos como se indica en el encasillado más abajo;

☐ II. Los pagos de Principal e Intereses serán diferidos. Los intereses acumulados a _____ , 19 _____

serán sumados al Principal. Dicho nuevo Principal e Intereses acumulados subsiguientemente serán pagaderos en _____ plazos regulares amortizados en las fechas indicadas en el encasillado más abajo. El Prestatario autoriza al Gobierno a anotar la cantidad de dicho nuevo Principal aquí $ _____ y la cantidad de dichos plazos regulares en el encasillado más abajo, cuando dichas cantidades hayan sido determinadas.

**X** III. El Pago de Intereses no será diferido. Plazos de Intereses acumulados serán pagaderos el **PRIMERO** de cada

**ENERO** _____ empezando en _____ **ENERO 1** _____ , 19 **78** , hasta **ENERO 1** , 19 **79**

Principal e Intereses acumulados subsiguientemente serán pagados en _____ **39** _____ plazos como se indica en el encasillado más abajo;

☐ IV. Los Pagos no serán diferidos. Principal e Intereses serán pagaderos en _____ plazos como se indica en el encasillado más abajo:

| | |
| --- | --- |
| $ **4,320.00** _____ en _____ **ENERO 1** _____ , 19 **80** , y | |
| $ **4,320.00** _____ subsiguientemente al **1ro** / **DE ENERO** de cada **AÑO** | |

hasta que el **PRINCIPAL e INTERESES** sean completamente pagados excepto que el **PLAZO FINAL** de la deuda aquí evidenciada, de no ser pagado anteriormente, vencerá y será **PAGADERO** _____ **CUARENTA** _____ **( 40 )** **AÑOS** de la **FECHA** de este **PAGARE**. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos anterior.

Jay-Ce-Agricultura

FmHA 440-16 (Rev. 11-10-75)

Si la cantidad total del préstamo no es adelantado a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno es mandatoria siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se muestra aquí al reverso. El Prestatario autoriza al Gobierno a anotar la cantidad y fecha de tal adelanto en el Registro de Adelantos.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados, o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este mismo.

El Prestatario conviene en que el Gobierno en cualquier momento podrá negociar este pagaré y asegurar el pago del mismo, y en tal caso, aunque el Gobierno no sea el tenedor de dicho pagaré, el Prestatario continuará haciendo los pagos de principal e intereses al Gobierno, como agente cobrador del tenedor, según se especifican en este.

Si este pagaré está en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor, excepto    el pago final, o podrán ser retenidos por el Gobierno y remitidos al tenedor a base de pagos trimestrales o a base de plazo anual vencido. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquier de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

El Prestatario por la presente certifica que no puede obtener crédito suficiente de otras fuentes para financiar sus necesidades actuales a un tipo de interés y términos razonables, tomando en consideración los tipos y términos prevalecientes de fuentes privadas y cooperativas en o cerca de su comunidad, para préstamos con períodos de tiempo y propósitos similares, y que el préstamo aquí evidenciado se usará solamente para propósitos autorizados por el Gobierno.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario (a) operará personalmente dicha propiedad por sí mismo con su familia, como una finca si este préstamo es a dueño de finca (FO) o (b) ocupará y usará personalmente dicha propiedad si este es un préstamo de vivienda rural (RH) en un solar o en el caso de un préstamo de la Sección 504 de vivienda rural.

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer y pagar las acciones necesarias si el prestamista es una cooperativa. Este párrafo y el que le precede no serán aplicables al co-deudor que firme este pagaré de acuerdo a lo previsto en la Sección 502 de la Ley de Hogares de 1949, para compensar cualquier deficiencia en la habilidad de pago del (los) otro(s) compareciente(s):

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o Garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; e incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____ (Sello)
(Prestatario)

ANGEL M.    -    LOPEZ-PADRO

~~--------SOLTERO--------~~_____ (Sello)
(Esposa)

_____RAMAL 1, 335, RT. 2_____

_____WD. BARINAS_____

_____YAUCO, PR  00768_____

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| (1) 20,500.00 | 03-11-77 | (8) $ | | (15) $ | |
| (2) 36,315.00 | 09-30-77 | (9) $ | | (16) $ | |
| (3) 16,685.00 | 02-07-78 | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $ 73,500.00 | |

Jay-Ce-Agricultura

FmHA 440-16 (Rev. 11-10-75)

# FARMERS HOME ADMINISTRATION

Form FmHA 440-16
(Rev. 11-10-7 5)

| TYPE OF LOAN |
| --- |
| Type: __FO__ |
| In accordance with: |
| ☒ Consolidated Farm and Rural Development Act. |
| ☐ Title V of the Housing Act of 1949 |

**PROMISSORY NOTE**

| STATE __PUERTO RICO__ |
| --- |
| OFFICE __YAUCO__ |
| CASE NUMBER __63-16-0582723982__ |

Date **AUGUST 11**, 19**77**

**FOR VALUE RECEIVED**, the undersigned (whether one or more persons, hereinafter denominated "Borrower") do shall jointly and severally pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), at its offices at YAUCO, PUERTO RICO, **THE PRINCIPAL AMOUNT OF** SEVENTY-THREE THOUSAND FIVE HUNDRED **DOLLARS ($73,500.00)** plus **INTEREST** on the **UNPAID PRINCIPAL** at **FIVE PERCENT (__5__ %) PER ANNUM.**

The payment of the Principal and Interests shall be according between the Borrower and the Government using one of the following alternatives as indicated below: (mark one)

☐ I. Principal and Interest payments shall be deferred. The first installment shall consist of accumulated interest and be due on _____ 19_____. The subsequent payments of Principal and accumulated Interests shall be made in _____ installments as indicated in the box below;

☐ II. Principal and Interest shall be deferred. The accumulated interest as of _____ 19_____ will be added to the Principal. Said new Principal and accumulated Interest shall be subsequently payable in _____ regular amortized installments on the dates indicated in the box below; the Borrower authorizes the government to record the amount of said new Principal here $_____ and the amount of said regular installments in the box below, when said amounts have been determined.

☒ III. The payment of Interest shall not be deferred. The installments on accumulated Interest shall be payable on the **FIRST** of each **JANUARY** beginning **JANUARY 1**, 19**78**, until **JANUARY 1**, 19**79**. Principal and accumulated Interest shall subsequently be paid in __39__ installments, as indicated in the box below:

☐ IV. The Payments shall not be differed. The Principal and Interest shall be payable in _____ installments as indicated in the box below:

| |
| --- |
| $ **4,320.00** on **JANUARY 1** of 19**80**, and $ **4,320.00** subsequently on **JANUARY 1ST** of each **YEAR** thereafter until the **PRINCIPAL** and **INTEREST** are completely paid, except that the final payment on the debt established herein, if not sooner paid, shall be **DUE AND PAYABLE FORTY (40) YEARS** from the **DATE** of this **PROMISSORY NOTE**. The consideration herein shall support any agreement modifying the above payment schedule. |

Jay-Ce-Agriculture

FmHA 440-16 (Rev. 11-10-7 5)

If the total amount of the loan is not advanced by the closing date, the loan shall be advanced to Borrower, as requested by the Borrower and approved by the Government. Approval by the Government is required when the advance is requested for purposes authorized by the Government. Interest shall accrue on the amount of each advance starting on the effective date of each, as shown on the back of this document. Borrower authorizes the Government to record the amount(s) and date(s) of any advance payment(s) in the Advance Payment Log.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued as of the date of said payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein.

The Borrower agrees that the Government may at any time negotiate this promissory note and insure its payment, and in such case, although the Government is not the holder of said promissory note, the borrower shall continue making the payments of principal and interest to the Government as the holder's collection agent, as specified herein.

If this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments may be retained by the Government and transferred to the holder quarterly or based on the date the annual installment is due. The effective date of any payment retained and transferred by the Government to the holder according to the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay any interest to which the holder is entitled that accrues between the effective date of any such advance payment and the date the Treasury check is paid to the holder.

The Borrower hereby certifies that he is not able to obtain sufficient credit from other sources to finance his present needs at reasonable interest rates and terms, taking into consideration the types and terms of prevailing private sources and cooperatives in or near his community, for loans with similar time periods and purposes, and that the loan herein evidenced will be used exclusively for the purposes authorized by the Government.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, the Borrower *(a)* shall personally manage said property by himself with his family, as a farm if this loan is a Farm Owner (FO) loan or *(b)* shall personally occupy and utilize said property if this is a rural housing loan (RH) for a plot or in the case of a Section 504 rural housing loan.

**REFINANCING AGREEMENT:** If at any time the Government determines that Borrower is able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, the Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and to pay for any necessary shares, if the lender is a cooperative. This paragraph and that which precedes it shall not apply to the cosigner who signs this promissory note, according to the provisions of Section 502 of the Housing Law of 1949, to compensate for any deficiency in the ability to make payments by the other appearing party(ies):

**DEFAULT:** Failure to make any payment when due on any debt established herein, or failure to comply with any condition or agreement herein, shall constitute default under any other instrument showing a debt of the Borrower that is Guaranteed or insured by the Government or otherwise relating to said debt; and default on any such other instrument shall constitute default under the terms of this document. **UPON ANY DEFAULT**, the Government, at its convenience, may declare all or any part of said debt to be immediately due and payable.

This Promissory Note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or Title V of the Housing Act of 1949, and for the type of loan indicated in the box "TYPE OF LOAN" above. This Promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]_____(Seal)
    ANGEL M.   - LOPEZ-PADRO  (Borrower)

  ---SINGLE--------------(Seal)
                    (Wife)
  RAMAL 1, 335, RT. 2_____

  WD. BARINAS_____

  YAUCO, PR 00768_____

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| **AMOUNT** | **DATE** | **AMOUNT** | **DATE** | **AMOUNT** | **DATE** |
| (1) $20,500.00 | 08-11-77 | (8) $ | | (15) $ | |
| (2) $36,315.00 | 09-30-77 | (9) $ | | (16) $ | |
| (3) $16,685.00 | 02-07-78 | (10) $ | | (17) $ | |
| (4) $ | | (11) $ | | (18) $ | |
| (5) $ | | (12) $ | | (19) $ | |
| (6) $ | | (13) $ | | (20) $ | |
| (7) $ | | (14) $ | | (21) $ | |
| | | | TOTAL | $73,500.00 | |

FmHA 440-16 (Rev. 11-10-75)

Forma FmHA-427 1 PR
8/76

-------------------- NUMERO CINCUENTA Y CINCO----

----------------HIPOTECA VOLUNTARIA-------------------

En Yauco, Puerto Rico, hoy a once de agosto de mil

novecientos setenta y siete.-----------------------
------------------------ ANTE MI -------------------------

DOMINGO A. VIVALDI FERMOSO: ---------------------
Abogado y Notario Público de esta Isla con residencia y vecindad en
Yauco, Puerto Rico - - - y oficina en Yauco, Puerto Ri-
co.--------------------------------------------------
--------------------------COMPARECEN -----------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo.-------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus
dichos de su edad, estado civil, profesión y vecindad. -------------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento,

EXPONEN

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes". ------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los
gravámenes que se especifican en el párrafo UNDECIMO. -------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
o convenio de subrogación, denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avalúos (impuestos), primas de


Forma FmHA-427-1 PR
5/76-

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria.——————————————————————————————

CUARTO: Se sobreentiende que: ——————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. ——————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. ——————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré.——————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de seguro la porción del pago de intereses del pagaré que será designada como "cargo anual". ————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptará en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. ——————————————————————————

(Seis)   Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré

—2—

Forma FmHA-427-1 PR
5/76

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. —————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario, y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total

—3—



Forma FmHA 427 1 PR
5/76

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en el párrafo NOVENO de este documento. ----------

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:----------

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. -------------------------------------------------

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. ----------------------------------------------



Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario.----------------------------------------------------

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del - - -CINCO- - - - - por ciento (- -5%- -%) anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga.---------------------

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,

--4--



Forma FmHA 427-1 PR
-/76

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el deudor hipotecario. ————— —— —— —— ——— — —

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor hipotecario determinare. ———————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados por el acreedor hipotecario. ——————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del acreedor hipotecario bajo los términos de esta hipoteca. ——————— —

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario. ——————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes; no cometerá ni permitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva grava, arena, pizarra, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que



-5-

FORMA FmHA 427-1 PR



Forma FmHA 427-1 PR
5/76

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. ------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento. -----

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. ----------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. -----------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. ----------------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos

Forma FmHA-427-1 PR
5/76

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ————————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ————————————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro

SAN GERMAN

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
5/76

convenio suplementario, incluyendo los gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado. ————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor hipotecario para requerir y hacer cumplir en cualquier fecha posterior los convenios, acuerdos u obligaciones aquí contenidas o similares u otros convenios y sin afectar la responsabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del gravámen, el acreedor hipotecario es por la presente autorizado y con poder en cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí contenida o en el pagaré o en cualquier convenio suplementario; (Dos) negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en manos de un prestamista asegurado) o para el pago de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cualquier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre dichos bienes.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca, incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones parciales, subordinación, cancelación total, radica sola y exclusivamente en el acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o interés alguno en o sobre el gravámen y los beneficios aquí contenidos. ————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipotecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será remitido por correo certificado a menos que se disponga lo contrario por ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto, en el caso del acreedor hipotecario a Administración de Hogares de Agricultores, Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de

—8—

Forma FmHA 427 1 PR
5/76

su residencia según se especifica más adelante. ------------------------

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. -------------------------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de  SETENTA Y TRES MIL QUINIENTOS -- ($73,500.00) DOLARES.-------------------------------

-------------------------------------------------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado. -------------------------------------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Uno. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca sin asegurar el pagaré:  SETENTA Y TRES MIL QUINIENTOS - - - - - DOLARES ($ 73,500.00 ) el principal de dicho pagaré, con sus intereses según estipulados a razón del Cinco  por ciento ( - - 5 %) anual; ---------------------------

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:

(A)  SETENTA Y TRES MIL QUINIENTOS --------------------
---------------------------► DOLARES ($ 73,500.00 )
-------------------------------------------------------------------

—9—

Forma FmHA-427 1 PR
5/76



para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero; ————————————————————

(B) CIENTO DIEZ MIL DOSCIENTOS CINCUENTA - - - - - - - - - - - - - - - - - - - - - - - - DOLARES ($110,250.00) para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; ————————————————

Tres. En cualquier caso y en todo tiempo: ————————————————

(A) VEINTINUEVE MIL CUATROCIENTOS- - - - - - - - - - - - - - - - - - - - - - - - - - - DOLARES ($29,400.00) para intereses después de mora; ————————————————————

(B) CATORCE MIL SETECIENTOS- - - - - - - - - - - - - - - - - - - - - - - - - - - - DOLARES ($14,700.00) para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero; ————————————————————————

(C) SIETE MIL TRESCIENTOS CINCUENTA- - - - - - - - - - - - - - - - - - - - - - - - - DOLARES ($7,350.00) para costas, gastos y honorarios de abogado en caso de ejecución; ————

(D) SIETE MIL TRESCIENTOS CINCUENTA- - - - - - - - - - - - - - - - - - - - - - - - - - DOLARES ($7,350.00) para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor hipotecario a los bienes según se consigna en el párrafo SEXTO, Trece. ————————————————

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue: ——————————

Pagaré otorgado en el Caso Número 63-16-0582723982, fechado el día Once de agosto de Mil Novecientos Setenta y Siete, más intereses sobre el balance principal adeudado a razón del Cinco por ciento (5%) anual, hasta tanto su principal sea totalmente satisfecho - según los términos, plazos, condiciones y estipula-- ciones contenidas en dicho Pagaré y según acordados- convenidos entre el Prestatario y el Gobierno; ex--

AGRICULTURE - JAY-CE PRINTING
cepto el pago final del total de la deuda aquí repre- senta, de no haber sido satisfecho con anterioridad,

vencerá y será pagadero a los cuarenta (40) años de
la fecha de éste Pagaré.---------------------------
Dicho Principal e Intereses serán pagaderos en los
siguientes Treinta y Nueve (39) plazos y serán paga-
deros Cuarenta (40) años de la fecha del Pagaré.---
-Dicho Pagaré ha sido otorgado como evidencia en un
préstamo por el Gobierno al prestatario, de confor-
midad con la Ley del Congreso de los Estados Unidos
de Norteamérica, denominada Consolidated Farmers --
Home Administration Act of Nineteen Sixty One (1961)
o de conformidad con la Ley de Hogares de Mil Nove-
cientos Cuarenta y Nueve (1949), según ha sido enmen-
dadas y está sujeto a los presentes reglamentos de -
la Administración de Hogares de Agricultores y a ---
los reglamentos no inconsistentes con dicha Ley.----
UNDECIMO: Las finca objeto de la garantía hipoteca--
ria son las siguientes:-----------------------------

PARCELA NUMERO UNO (1): RUSTICA:----------
Predio de terrenos en el Barrio Barinas del
término Municipal de Yauco, con cabida super-
ficial de UNA (1) CUERDA, equivalente a tres
mil novecientos treinta (3,930). En lindes -
por el NORTE, SUR, ESTE y OESTE en senta y -
dos punto setenta (62.70) metros cuadrados -
con terrenos de la finca principal de la ---
cuál se segrega."----------------------------

Inscrita al Folio 125 del Tomo 230 de Yauco
Finca Número 7701, Inscripción Primera.-----
7700

PARCELA NUMERO DOS (2): RUSTICA:------------
Predio de terreno en el Barrio Barinas del --
término Municipal de Yauco, con cabida super-
ficial de NUEVE (9) CUERDAS, equivalentes a -
treinta y cinco mil trescientos setenta (35,
370) metros cuadrados. En lindes por el NORTE
y SUR en ciento cincuenta y tres punto cero -
cero (153.00) metros, cada uno con terrenos -
de la finca principal de la cuál se segrega;
y por el ESTE y OESTE en doscientos treinta y
uno punto diez y ocho (231.18) metros, cada -
uno con terrenos del Sr. Máximo Vega Flores,-
y terrenos de la Sucesión Mario López Camacho
de la cuál se segrega, respectivamente."------

Inscrita al Folio 132 del Tomo 230 de Yauco,
Finca Número 7701, Inscripción Primera.------

desarrollará un sistema de granja avícola (pone-
doras) en estas parcelas.--------------------------

-11-

----------------TITULO Y CARGAS--------------------
Que adquirió las fincas descritas el compareciente,-
por Partición Parcial de Herencia y Segregación, me-
diante la escritura número Cinco de fecha trece de-
diciembre de mil novecientos setenta y seis ante la
Licenciada Maritza Pagán de Joglar, Notaria Pública
de San Juan.----------------------------------------
DUODECIMO:  El deudor hipotecario compareciente en -
ésta escritura es don ANGEL M. LOPEZ PADRO, quien es
mayor de edad, soltero, empleado y vecino de Yauco.-
DECIMO TERCERO:  El importe aquí consignado se usará
para el desarrollo de un sistema de granja avícola -
(ponedora).-----------------------------------------
DECIMO CUARTO: El prestatario mejorará las fincas --
descritas en el hecho undécimo para el desarrollo de
un sistema de Granja Avícola (ponedora) con el impor-
te del préstamo aquí garantizado y no arrendará o usa-
rá para otros fines a menos que el Gobierno la con-
sienta por escrito.  La violación de ésta o cualquier
otra cláusula o convenio aquí contenido ocasionará el
vencimiento de la obligación como si todo el término
hubiese  transcurrido y el Gobierno estará en actitud
de declarar vencida y pagadera la deuda y proceder a
la ejecución de la Hipoteca.------------------------
DECIMO QUINTO:  Esta Hipoteca se extiende expresamen-
te a toda construcción o edificación existente en las
fincas antes descritas y a toda mejora de construcción
o edificación que se haga en dichas fincas durante la
vigencia del préstamo hipotecario constituído a favor
del Gobierno, verificada por los actuales dueños deu-
dores o por sus cesionarios o causahabientes.--------
DECIMO SEXTO:  El deudor hipotecario por la presente
renuncia y solidariamente por sí y a nombre de sus -
herederos, causahabientes, sucesores o representantes
a favor del acreedor hipotecario Administración de -

-12-

Hogares de Agricultores cualquier derecho que en el
presente o en el futuro fueren construídos; renuncia
que esta permitida a favor de la Administración de
Hogares de Agricultores, por la Ley Número Trece de
veintiocho de mayo de mil novecientos sesenta y nue-
ve (1969) (31 L.P.R.A. 1851).----------------------

DECIMO SEPTIMO:  Los otorgantes aceptan como correc-
tas las equivalencias en guarismos; y asímismo acep-
tan esta escritura en su totalidad.----------------

--Yo, el Notario, hice a los otorgantes las adverten-
cias legales relativas a esta clase de contrato.----

--Así lo dicen y otorgan ante mí, luego de haber re-
nunciado el  otorgante  al derecho que les advertí
tenían para requerir la presencia de testigos instru-
mentales.-------------------------------------------

--Leída en alta voz esta escritura por mí, el Notario,
al otorgante por haber renunciado este al derecho que
le advertí tenía de hacerlo él personalmente, siendo
conforme  se ratifica en su total contenido y firma
a continuación ante mí, estampando sus iniciales en
el margen izquierdo de cada folio de ésta Escritura.
DE TODO LO CUAL y de cuanto más en esta escritura se
deja consignado yo, el Notario autorizante, DOY FE.-

(Firmado): ANGEL M. LOPEZ PADRO.---------------------

(Firmado, signado, sellado y rubricado): DOMINGO A. VIVALDI
FERMOSO, Notario Público.----------------------------

-Hay cancelados en su original los correspondientes sellos de
Rentas Internas y la Estampilla Forense.-------------





CERTIFICO QUE ES COPIA FIEL Y EXACTA DE SU ORI-
GINAL OFRANTE EN MI PROTOCOLO DE INSTRUMENTOS
PUBLICOS DEL CORRIENTE AÑO AL QUE ME REMITO
Y A SOLICITUD DE ANGEL M. LOPEZ PADRO
EXPIDO LA  primera
COPIA DE ESCRITURA EN LA FECHA DE SU
OTORGAMIENTO DEJANDO ANOTADA ESTA EXPEDICION

-13-

10:40    D #1
600      301

26   agost 23

[número] 128 y 134,
tomo 230 de Yauco
finca 7700-7701 inscrip. 3ra,
con los cargos siguientes:

Ambas fincas se hallan afectas con servidumbres de paso y con una hipoteca a favor del portador de un pagaré por $15,000 y afecta con la hipoteca que por este documento se constituye.

En San Germán, P. R. a 13 de Dic.
de 19 78.

Six Ders. _____

Registradora

4/24/79 –
Reviewed –
Fail to see folder case – y correspondence al respecto – memo al State Director y cartas al Designated Attorney.
René Franceschini
County Supervisor –

SAN GERMAN
Puerto Rico

LICENCIADO EN DERECHO

APARTADO DE CORREOS 3002- CALLE MATTEI LLUBERAS NUM.68
YAUCO, PUERTO RICO 00698

## INSTRUMENTO PÚBLICO

NÚMERO:  NOVENTA (90)

SOBRE: <u>REAMORTIZACIÓN DE PRÉSTAMO HIPOTECARIO Y
MODIFICACIÓN DE HIPOTECA</u>

OTORGADA

POR:  <u>DON ÁNGEL MARIO LÓPEZ PADRO</u>

A FAVOR DE:  <u>ESTADOS UNIDOS DE AMÉRICA,
ACTUANDO POR CONDUCTO Y A TRAVÉS DEL
ADMINISTRADOR DE LA ADMINISTRACIÓN DE
HOGARES PARA AGRICULTORES ANTES,
HOY FARM SERVICE AGENCY, REPRESENTADA POR
DON CARLOS RAMÍREZ RODRÍGUEZ</u>

EL DIA: **21 DE NOVIEMBRE DE 2002**

EN: **YAUCO, PUERTO RICO**

NUMBER FIFTY-FIVE

VOLUNTARY MORTGAGE

Form FmHA-427-1 PR
5/76

In the city of Yauco, Puerto Rico, today, August eleven, nineteen seventy-seven.

BEFORE ME

DOMINGO A. VIVALDI FERMOSO:
Attorney and Notary Public for the Island of Puerto Rico with residence in Yauco, Puerto Rico, and offices in Yauco, Puerto Rico.

APPEAR

The persons named in paragraph TWELVE of this mortgage, hereinafter referred to as "mortgagor," and whose personal information appears in said paragraph.

I do attest to personal acquaintance with the appearing parties and, through their statements, which I believe to be true, to their age, marital status, profession, and residence.

[Seals]

They assure me that they are in full enjoyment of their civil rights and the free administration of their property, and they have, in my judgment, the necessary legal capacity for this granting.

THEY STATE

FIRST:  The mortgagor is the owner of the farm or farms described in paragraph ELEVENTH of this mortgage as well as all rights and interest in same, hereinafter referred to as "the property".

SECOND:  That the property mortgaged herein is subject to the liens specified in paragraph ELEVEN.

THIRD: That the mortgagor is obligated to the United States of America, acting through the Farmers Home Administration, hereinafter referred to as the "mortgagee," in connection with a loan or loans evidenced by one or more promissory notes or agreement of subrogation, hereinafter referred to as the "promissory note," be there one or more. The Government requires additional monthly payments of one twelfth of the contributions, assessments (taxes),

Form FmHA-427-1 PR

-1-

Form FmHA-427-1 PR
5/76

insurance premiums and other charges that have been estimated for the mortgaged property.

FOURTH: It is understood that;

(One) The promissory note represents a loan or loans to mortgagor in the principal amount specified therein, granted with the purpose and intention that the mortgagee may at any time surrender the note and insure the payment thereof pursuant to the Act of nineteen sixty-one consolidating the Farmers Home Administration, or Title Five of the Home Act of nineteen forty-nine, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will grant and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest of said promissory note.

[Seals]

(Four) Whenever payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, shall determine, in the insurance endorsement, the portion of the promissory note's interest payments that shall be designated as the "annual charge."

(Five) A condition of the insurance of the note's payment shall be that the holder will surrender all rights and remedies against the mortgagor and any others in connection with said loan, as well as the benefits of this mortgage, and will accept instead the insurance benefits, and, in the event that the mortgagor violates any agreement or stipulation contained herein, or in the promissory note, or in any other supplementary agreement, he shall sign the promissory note over to the mortgagee upon mortgagee's request.

(Six) Among other things, it is the purpose and intent of this mortgage that, among other things, whenever the promissory note is held by the mortgagee, or in the event the mortgagee transfers this mortgage without insuring the promissory note, this mortgage shall guarantee payment of the promissory note; but when the promissory

-2-

Form FmHA-427-1 PR

Form FmHA-427-1 PR
5/76

note is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form part of the debt represented by same, but, with regard to the note and said debt, it shall constitute an indemnity mortgage to insure the mortgagee against any loss under the insurance endorsement due to any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) whenever the promissory note is held by the mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the promissory note's payment and as a guarantee of the amount of the promissory note as specified in subparagraph (One) of paragraph NINE, with interest at the rate stipulated and to ensure prompt payment of said promissory note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the promissory note is held by an insured lender guaranteeing the amounts specified in subparagraph (Two) of paragraph NINTH herein, in order to guarantee compliance with the mortgagor's agreement to [Seals]    indemnify and hold mortgagee harmless against losses under its insurance endorsement due to any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (Three) of paragraph NINE of this document, and to insure mortgagor's compliance with each and every agreement and stipulation herein, or in any supplementary agreement, mortgagor hereby grants to mortgagee a voluntary mortgage on the property described in paragraph ELEVEN below, together with all rights, interests, easements, inheritances, and attachments thereto belonging; all income, credits, profits, revenues of same; all improvements or personal property thereto attaching, at present or in the future, or which are reasonably necessary for the use thereof; all water, water rights, or shares in said rights; pertaining to the farms or to all payments owed at any time to  mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or for damages to any part thereof, or to their interests, it being understood that this mortgage will continue in full force and effect until all amounts specified in paragraph NINE, with interest before and after maturity, have been paid in full.  In case of foreclosure, the property shall be used for the payment of the principal, interest thereon before and after maturity,

Form FmHA-427-1 PR

-3-

Form FmHA-427-1 PR
5/76

until these are fully paid; losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee to the mortgagor with applicable interest until all costs and expenses, including mortgagee's attorneys' fees, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINE of this document.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed and to indemnify and hold mortgagee harmless against any loss under its insurance for payment of the promissory note due to any default by mortgagor.  Whenever the note is held by an insured lender, mortgagor shall continue making payments on the promissory note to mortgagee, as collection agent for the holder.

(Two) To pay to mortgagee an initial fee for inspection and appraisal and any delinquency charges required now or in the future by Farmers Home Administration regulations.

[Seals]

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the promissory note, less the annual amount or charge, may be paid by mortgagee to the holder of the promissory note under the terms of the promissory note and of the insurance endorsement referenced in paragraph FOUR above at mortgagor's expense.

Any amount due and unpaid under the terms of the promissory note, whether it is held by mortgagee or by an insured lender, may be applied to the promissory note by mortgagee, and shall thus constitute an advance by mortgagee at mortgagor's expense.

Any advance by mortgagee as described in this subparagraph shall bear interest at a rate of - - -FIVE- - - - - percent  ( 5 %) per annum from the date on which payment was due until the date on which mortgagor satisfies it.
(Four) Whether or not the note is insured by mortgagee,

-4-

Form FmHA-427-1 PR

Form FmHA-427-1 PR
5/76

any and all advances made by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advances until mortgagor pays said advances.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification in the place designated in the promissory note and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from his breach of the payment agreement. Said advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the promissory note or to any other debt of the mortgagor guaranteed herein in the order determined by mortgagee.

(Six) To use the amount of the loan indicated in the promissory note solely for purposes authorized by mortgagee.

[Seals]

(Seven) To pay, when due, the loan total, all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and improvements on the property or any future improvements. The insurance against fire and other hazards shall be according to the form, amounts, and terms and conditions approved by mortgagee.

(Nine) To maintain the property in good condition and to promptly verify all necessary repairs for the preservation of the property; he shall refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; he will not remove or demolish any building or improvement on the property; nor will he cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals without mortgagee's consent, and he shall promptly carry out the repairs on the property that mortgagee

-5-

Form FmHA-427-1 PR

Form FmHA-427-1 PR
5/76

may request from time to time. Mortgagor shall comply with soil conservation practices and farm and home plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as identified in Farmers Home Administration regulations, the mortgagor shall personally manage the property, on his own or through his family, as a farm and for no other purpose, and he shall not lease the farm, nor any part of it, unless mortgagee gives consents in writing to another method of operation or to leasing.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property, in the form and manner the mortgagee may require, and to comply with all laws, ordinances, and regulations affecting the property or its use.

(Twelve) Mortgagee, his agents, and his attorneys shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether the security granted is being diminished or deteriorated, and, if said inspection or examination determines, in mortgagee's judgment, that the security is being diminished or deteriorated, this shall constitute a violation by mortgagor of the mortgage agreements.

[Seals]

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may decide to implement the proceedings necessary to defend his interests, and any costs or expenditures incurred by mortgagee in said proceedings will be charged to mortgagor's debt, and shall be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

(Fourteen) If at any time while this mortgage is in effect mortgagor does abandon the property or voluntarily return it to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect the revenues, benefits, and income from same,

-6-

Form FmHA-427-1 PR

Form FmHA-427-1 PR
5/76

and to apply them first to the costs of collection and administration, and secondly to the payment of the debt evidenced by the promissory note or any other debt of the mortgagor herein guaranteed, in the order and manner determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may be able to obtain a loan from a production credit association, from a Federal Bank, or another responsible, cooperative or private source, at an interest rate and on terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, shall apply for and accept such a loan in a sufficient amount to pay the promissory note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of a default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor or any other person included herein as a mortgagor should fail to make payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein or in any supplementary agreement, or if mortgagor dies or declares himself or is declared incompetent, bankrupt, insolvent, or makes a conveyance for the benefit of his creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice: (One) to declare all unpaid debt under the terms of this promissory note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions of same; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and preservation of the property and of this mortgage, or for violation of any provision of this mortgage; and (Three) to request legal protection.

[Seals]

(Seventeen) Mortgagor shall pay or reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, the promissory

-7-

Form FmHA-427-1 PR

Form FmHA-427-1 PR
5/76

note, and any other supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, or obligations set forth herein, or similar or other agreements, and without affecting the liability of any person for payment of the promissory note or any other debt herein guaranteed, and without affecting the lien on the property or the priority of the lien, mortgagee is hereby authorized and empowered at any time:   (One) to waive compliance with any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (Two) to negotiate with mortgagor or to grant to mortgagor any indulgence or forbearance or extension of time for payment of the promissory note (with the consent of the note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee guaranteed herein; or (Three) to grant and deliver partial releases of any part of the property of the mortgaged established herein or to grant deferment or postponement of this mortgage in favor of any other lien established on said property.

[Seals]

(Nineteen) All rights, title, and interest in or over this mortgage, including but not limited to the power to grant consents, partial releases, subordination, and full cancellation, is vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or over the lien and the benefits contained herein.

(Twenty) Default on this mortgage shall constitute default on any other mortgage, rehabilitation loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any of said security instruments shall constitute a default of this mortgage.

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail unless otherwise required by law, and shall be addressed, until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to him at his

Form FmHA-427-1 PR

-8-

Form FmHA-427-1 PR
5/76

residential mailing address as stated below.

(Twenty-Two) Mortgagor hereby relinquishes to mortgagee the amount of any judgment obtained due to compulsory expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount received to the payment of costs incurred in collection and the balance to payment of the promissory note and any debt to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH: That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with the mortgage law, as amended, mortgagor does hereby appraise the mortgaged property in the amount of SEVENTY-THREE THOUSAND FIVE HUNDRED DOLLARS ($73,500.00).

EIGHTH:  Mortgagor hereby waives the requirement of law and shall be considered to be in default without the requirement of any notification from the mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as subject to the laws of the Congress of United States of America authorizing the allocation and insuring of the aforementioned loan.

[Seals]

NINTH: The amounts guaranteed by this mortgage are as follows:

One. At all times when the promissory note referenced in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should convey this mortgage without insuring the promissory note: SEVENTY-THREE THOUSAND FIVE HUNDRED DOLLARS ($73,500.00), the principal amount as said promissory note, with interest as stipulated therein at the rate of Five  percent (--5%) per annum;

Two. At all times when the promissory note is held by an insured lender:

(A) SEVENTY-THREE THOUSAND FIVE HUNDRED DOLLARS
                          ($73,500.00)

Form FmHA-427-1 PR

-9-

Form FmHA-427-1 PR
5/76

to indemnify the mortgagee for advances to the insured lender due to mortgagor's failure to pay the installments as specified in the promissory note, with interest as a stated in paragraph SIX, Third;

(B) ONE HUNDRED TEN THOUSAND TWO HUNDRED FIFTY
                              DOLLARS ($110,250.00)
to indemnify the mortgagee against any loss he may sustain under his insurance of payment of the note;

Three.  If any event and at all times:

[Seals]

(A) TWENTY-NINE THOUSAND FOUR HUNDRED
                              DOLLARS ($29,400.00)
for the interest on arrears.

(B) FOURTEEN THOUSAND SEVEN HUNDRED
                              DOLLARS ($14,700.00)
for taxes, insurance, and other advances for the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIX, Third;

(C) SEVEN THOUSAND THREE HUNDRED FIFTY
                              DOLLARS ($7,350.00)
for costs, expenses, and attorneys' fees in case of foreclosure;

(D) SEVEN THOUSAND THREE HUNDRED FIFTY
                              DOLLARS ($7,350.00)
for costs and expenses incurred by mortgagee in proceedings to defend his interests against any other person interfering with or contesting the mortgagor's right of possession of the property, as provided in paragraph SIX, Thirteen.

TENTH: That the promissory note(s) referred to in paragraph THREE of this mortgage is (are) described as follows:

"Promissory note granted in case number 63-16-0582723982, dated August Eleven, Nineteen Seventy-Seven, plus interest on the unpaid principal balance at a rate of Five percent (5%) per annum, until the principal is fully satisfied according to the terms, installments, conditions and stipulations contained in said Promissory Note and as agreed between the Borrower and the Government; except that the final installment of the total debt represented herein, if not satisfied sooner,

Form FmHA-427-1 PR

-10-

Form FmHA-427-1 PR
5/76

shall be due and payable forty (40) years from the date of this Promissory Note.

Said Principal and Interest shall be payable in the following Thirty-Nine (39) installments and shall be payable Forty (40) years from the date of the Promissory Note.

Said Promissory Note has been granted as evidence of a loan by the Government to the Borrower, pursuant to the law of the Congress of the United States of America known as Consolidated Farmers Home Administration Act of Nineteen Sixty One (1961) or pursuant to the Home Act of Nineteen Forty-Nine (1949), as amended, and is subject to the current regulations of the Farmers Home Administration and the regulations not inconsistent with said law.

ELEVENTH: - The farms object of the mortgage security are the following:

[Seals]

PLOT NUMBER ONE (1): RURAL PROPERTY:
Plot of land located in Barrio Barinas of the Municipality of Yauco, with a surface area of ONE (1) CUERDA, equivalent to three thousand nine hundred thirty (3,930). Bordered to the NORTH, SOUTH, EAST and WEST in sixty-two point seventy (62.70) meters by the land of the main farm from which it is segregated.

RECORDED on Page 125 of Book 230 of Yauco, Farm Number 7701. First Recording.
*7700*

PLOT NUMBER TWO (2): RURAL PROPERTY:
Plot of land located in Barrio Barinas of the Municipality of Yauco, with a surface area of NINE (9) CUERDAS, equivalent to thirty-five thousand three hundred seventy (35,370) square meters. Bordered to the NORTH and SOUTH in one hundred fifty-three (153.00) meters each by lands of the main farm from which it is segregated; and to EAST and WEST in two hundred thirty-one point eighteen (231.18) meters, each by lands of Mr. Máximo Vega Flores and plots of land of María López Camacho's estate, from which it is segregated, respectively.

RECORDED on Page 132 of Book 230 of Yauco, Farm Number 7701, First Recording.

A poultry farm system will be developed (laying hens) on these plots.

Form FmHA-427-1 PR

-11-

## TITLE AND CHARGES

That the appearing party acquired the farms described by Partial Partition of Inheritance and Segregation, through deed number FIVE dated December thirteen, nineteen seventy-six, before Attorney Maritza Pagán de Joglar, Notary Public of San Juan.

TWELFTH: The mortgagor appearing in this deed is Mr. ANGEL M. LOPEZ PADRO, who is of legal age, single, employed and resident of Yauco.

THIRTEENTH: The amount stated herein shall be used for the development of a poultry farm system (laying hens).

[Seals]

FOURTEENTH: The mortgagor shall improve the farms mentioned in paragraph eleven for the development of a Poultry Farm system (laying hens) with the amount of the loan herein guaranteed and shall not lease or use said structure for other purposes unless Government gives its written consent. Violation of this clause as well as the violation of any agreement or clause contained herein shall cause the maturity of the obligation as if the term had elapsed and the Government shall be in position to declare the loan due and payable and shall proceed to foreclosure of the Mortgage.

FIFTEENTH: This Mortgage is expressly extended to all construction or building exiting on the aforementioned farms and to all improvements to the construction or building made on said farms during the effective period of the mortgage loan constituted in favor of the Government, verified by the current owners/debtors or by their assignees or successors..

SIXTEENTH; The Mortgagor does hereby severally waive for himself and his heirs, assignees, successors and representatives, in favor of the Mortgagee,

-12-

Farmers Home Administration, any rights that they may have presently or may be established in the future; waiver in favor of Farmers Home Administration permitted under Act Number Thirteen of May twenty-eight, nineteen sixty-nine (1969). (31 L.P.R.A. 1851).

SEVENTEENTH: The granting parties accept as correct the equivalents in numerals; and do also accept this deed in its totality.

I, the Notary, have made to the appearing parties the legal warnings related this this type of contact.

So they state and grant before me, after the granting party waived his right, of which I advised them, to request the presence of witnesses.

This deed was read out loud by me, the Notary, to the granting party after he waived his right to do so personally. Being in agreement, he agrees to all contents of this deed and does sign before me, affixing his initials to the left margin of each page of this Deed.

[Seals]

TO ALL OF WHICH, and to all that I state in this deed, I, the Authorizing Notary, DO ATTEST.-

(Signed):ANGEL M. LOPEZ PADRO
Signed, stamped, sealed and initialed): DOMINGO A. VIVALDI FERMOSO, Notary Public.
The corresponding Internal Revenue seals and Forensic Stamp are cancelled on its original.

[Stamp]

**I CERTIFY** that this is a true and exact copy of the original that is filed in my Protocol of Public Instruments of the current year to which I refer. And at the request Mr. ANGEL M. LOPEZ PADRO, I issue the first copy of this deed, on the day of its granting, leaving a note of this issuance.

[Signature]

-13-

[Illegible] *10:10.* [Illegible]
[Illegible] *600  301*
[Illegible] *AUGUST 26 77*

_____

Registrar

Recorded [Illegible] *128 and 134*
book *230* of *Yauco*
farm *7700-7701*, *3rd* recording,
with the following charges:
*Both farms are subject to right of way easement and a*
*mortgage in favor to the holder of a promissory note in the*
*amount of $15,000 and subject the mortgage*
*established by this document*
San Germán, P.R. on *December 13*, 19*78*.

*No* Fees. _____

Registrar
[illegible]

Signature
[Seal]

*9/24/79 -*
*Reviewed*
 *[Illegible]*
*County Supervisor*

Exhibit 3

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT:** ANGEL MARIO LÓPEZ PADRÓ  **REF:** 1521.201
 **BY:** TAIMARY ESCALONA

**PROPERTY NUMBER:** 7,700, recorded at page 193 of volume 543 of Yauco, Registry of the Property of Puerto Rico, section II of Ponce.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Parcela número Uno (1): Predio de terreno en el Barrio Barinas del término municipal de Yauco, Puerto Rico, con una cabida superficial de **una (1) cuerda equivalente a tres mil novecientos treinta metros cuadrados (3,930 m.c.),** en lindes por el **NORTE, SUR,** y **OESTE,** en sesenta y dos punto setenta metros con terrenos de la finca principal de la cual se segrega.

**ORIGIN:**

It is segregated from property number 1,353, recorded at page 208, volume 177 of Yauco.

**TITLE:**

This property is registered in favor of ANGEL MARIO LÓPEZ PADRÓ, single, who acquired it by adjudication in payment of inheritance, value of $53,000.33, pursuant to deed #5, executed in Bayamón, Puerto Rico, on December 13, 1976, before Maritza Pagán de Joglar Notary Public, recorded at page 125 of volume 230 of Yauco, property number 7,700, 1st inscription.

**LIENS AND ENCUMBRANCES:**

I.  By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.  **MORTGAGE:** Constituted by Angel Mario López Padró, over this property and other, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $73,500.00, responding by $7,350.00, with 5% annual interests, due on 40 years, constituted by deed #55, executed in Yauco, Puerto Rico, on August 11, 1977, before Domingo A. Vivaldi Fernoso Notary Public; clarified by deed #68, executed in Yauco, Puerto Rico, on October 1978, before same Notary Public, recorded at page 128 of volume 230 of Yauco, property number 7,700, 3rd inscription. **Conditions**

2.  **MORTGAGE:** Constituted by Angel Mario López Padró, over this property and other, in favor of Banco Obrero de Ahorro y Préstamos de PR, in the original principal amount of $6,500.00, responding by $700.00, with 9¼% annual interests, due on presentation, constituted by deed #5, executed in San Juan, Puerto Rico, on December 29, 1977, before Raúl Rodríguez Santiago Notary Public, recorded at overleaf of page 129 of volume 230 of Yauco, property number 7,700, 4th inscription.

3.  The mortgage of $73,500.00 of the 3rd inscription was modified as follows: The amount due at November 19, 1986, amounts to $96,477.47, payable as follows: $100.00 on or before January 1, 1987 and $6,293.00 on or before January 1, of each year subsequent, except the final payment which is due on or before November 19, 2016, constituted by deed #133, executed in Yauco, Puerto Rico, on November 19, 1986, before Xavier R. Torres Villa Notary Public, recorded at margin of overleaf of page 128 of volume 230 of Yauco, property number 7,700.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #7,700

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

4.    The mortgage of $73,500.00, reamortized to $96,477.47 of the 3rd inscription was modified as follows: The amount due at February 26, 1993, amounts to $114,129.11, payable as follows: $80.00 on or before January 1 of the first 5 years and $10,921.00 for the rest of the 19 years, constituted by deed #17, executed in Yauco, Puerto Rico, on February 26, 1993, before Oscar Castellón Pérez Notary Public, recorded at page 136 of volume 379 of 230 of Yauco, property number 7,700, 5th inscription.

5.    **MORTGAGE:** Constituted by Angel Mario López Padró, over this property and other, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $10,000.00, responding by $1,000.00, with 3.75% annual interests, due on 10 years, constituted by deed #73, executed on April 25, 1995, before Oscar Castellón Pérez Notary Public, recorded at page 138 of volume 379 of Yauco, property number 7,700, 6th inscription. **Conditions**

6.    The mortgage of $73,500.00, reamortized to $114,129.11 of the 3rd inscription and the mortgage of $10,000.00 of the 6th inscription was modified as follows: as liquidation by deed #55, executed November 21, 2002, a balance of $169,320.90, and which must be paid as follows: $1,500.00 on or before January 1, 2003; $8,940.00 on or before January 1, 2007 and $22,560.00 on January of each year, except the final payment which is due on or before November 21, 2016. As liquidation by deed #73, on November 21, 2002, a balance of $12,559.34 and which must be paid on $0.00 on or before January 1, 2003 until January 1, 2007, $1,765.00 on January 1, 2008 and subsequent on January 1 of each year, except the final payment which is due on or before November 21, 2002, constituted by deed #90, executed in Yauco, Puerto Rico, on November 21, 2002, before Oscar Castellón Pérez Notary Public, recorded at page 70 of volume 457 of Yauco, property number 7,700, 7th inscription.

7.    **LAWSUIT ANNOTATION:** Executed in the United State of America for the District of Puerto Rico, civil case #10-1056 (GAG), on February 2, 2010, for reason of Collection of Money and Foreclosure (3rd and 6th inscriptions) by United States of America (Farm Service Agency), plaintiff, versus Angel Mario López Padró, defendant, by the amount of $166,671.12 and $12,559.34, plus interests, recorded at page 193 of volume 543 of Yabucoa, property number 7,700, annotation A, dated on March 9, 2010.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 11, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

_____
Authorized signature

mcr/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 11, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 23th day of November of 2019 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,385

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 23th day of November of 2019 2020.

_____
NOTARY PUBLIC

RECIBO

4019-02165176

5397
10/28/2020
$5.00

Sello de Asistencia Legal
80093-2020-1028-46942356

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CLIENT: ANGEL MARIO LÓPEZ PADRÓ**      **REF: 1521.201**
                                        **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 7,701, recorded at page 202 of volume 543 of Yauco, Registry of the Property of Puerto Rico, section II of Ponce.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Parcela número Dos (2): Predio de terreno en el Barrio Barinas del término municipal de Yauco, Puerto Rico, con una cabida superficial de **nueve cuerdas, equivalente a treinta y cinco mil trescientos setenta (35.370) metros cuadrados.** En lindes por el **NORTE**, y **SUR**, en ciento cincuenta y tres metros cada una con terrenos de la finca principal de la cual se segrega; y por el **ESTE**, y **OESTE**, en doscientos treinta y uno punto diez y ocho metros cada uno con terrenos de Máximo Vega Flores y terrenos de la Sucesión Mario López Camacho de los cuales se segregan respectivamente.

**ORIGIN:**
It is segregated from property number 1,353, recorded at page 208, volume 177 of Yauco.

**TITLE:**

This property is registered in favor of ANGEL MARIO LÓPEZ PADRÓ, single, who acquired it by adjudication in payment of inheritance, value of $479.97, pursuant to deed #5, executed in Bayamón, Puerto Rico, on December 13, 1976, before Maritza Pagán de Joglar Notary Public, recorded at page 132 of volume 230 of Yauco, property number 7,701, 1st inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Angel Mario López Padró, over this property and other, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $73,500.00, responding by $66,150.00, with 5% annual interests, due on 40 years, constituted by deed #55, executed in Yauco, Puerto Rico, on August 11, 1977, before Domingo A. Vivaldi Fernoso Notary Public; clarified by deed #68, executed in Yauco, Puerto Rico, on October 11, 1978, before same Notary Public, recorded at page 134 of volume 230 of Yauco, property number 7,701, 3rd inscription. **Conditions**

2.   **MORTGAGE:** Constituted by Angel Mario López Padró, over this property and other, in favor of Banco Obrero de Ahorro y Préstamos de PR, in the original principal amount of $6,500.00, responding by $5,800.00, with 9¼% annual interests, due on presentation, constituted by deed #5, executed in San Juan, Puerto Rico, on December 27, 1977, before Raúl Rodríguez Santiago Notary Public, recorded at overleaf of page 135 of volume 230 of Yauco, property number 7,701, 4th inscription.

3.   The mortgage of $73,500.00 of the 3rd inscription was modified as follows: The amount due at November 19, 1986, amounts to $96,477.47, payable as follows: $100.00 on or before January 1, 1987 and $6,293.00 on or before January 1, of each year subsequent, except the final payment which is due on or before November 19, 2016, constituted by deed #133, executed in Yauco, Puerto Rico, on November 19, 1986, before Xavier R. Torres Villa Notary Public, recorded at margin of overleaf cf page 134 of volume 230 of Yauco, property number 7,701.

**ESTUDIOS DE TITULO**
**SEGUROS DE TITULO**

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #2
PROPERTY #7,701

4. The mortgage of $73,500.00, reamortized to $96,477.47 of the 3rd inscription was modified as follows: The amount due at February 26, 1993, amounts to $114,129.11, payable as follows: $80.00 on or before January 1 of the first 5 years and $10,921.00 for the rest of the 19 years, constituted by deed #17, executed in Yauco, Puerto Rico, on February 26, 1993, before Oscar Castellón Pérez Notary Public, recorded at page 141 of volume 379 of 230 of Yauco, property number 7,701, 6th inscription.

5. **MORTGAGE:** Constituted by Angel Mario López Padró, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $8,000.00, with 4½% annual interests, due on 7 years, constituted by deed #8, executed in Yauco, Puerto Rico, on February 13, 1990, before Oscar Castellón Pérez Notary Public, recorded at page 136 of volume 230 of Yauco, property number 7,701, 5th inscription. **Conditions**

6. **MORTGAGE:** Constituted by Angel Mario López Padró, over this property and other, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $10,000.00, responding by $9,000.00, with 3.75% annual interests, due on 10 years, constituted by deed #73, executed on April 25, 1995, before Oscar Castellón Pérez Notary Public, recorded at page 143 of volume 379 of Yauco, property number 7,701, 7th inscription. **Conditions**

7. The mortgage of $73,500.00, reamortized to $114,129.11 of the 3rd inscription and the mortgage of $10,000.00 of the 6th inscription was modified as follows: as liquidation by deed #55, executed November 21, 2002, a balance of $169,320.90, and which must be paid as follows: $1,500.00 on or before January 1, 2003; $8,940.00 on or before January 1, 2007 and $22,560.00 on January of each year, except the final payment which is due on or before November 21, 2016. As liquidation by deed #73, on November 21, 2002, a balance of $12,559.34 and which must be paid on $0.00 on or before January 1, 2003 until January 1, 2007, $1,765.00 on January 1, 2008 and subsequent on January 1 of each year, except the final payment which is due on or before November 21, 2002, constituted by deed #90, executed in Yauco, Puerto Rico, on November 21, 2002, before Oscar Castellón Pérez Notary Public, recorded at page 72 of volume 457 of Yauco, property number 7,701, 8th inscription.

8. **LAWSUIT ANNOTATION:** Executed in the United State of America for the District of Puerto Rico, civil case #10-1056 (GAG), on February 2, 2010, for reason of Collection of Money and Foreclosure (3rd and 6th inscriptions) by United States of America (Farm Service Agency), plaintiff, versus Angel Mario López Padró, defendant, by the amount of $166,671.12 and $12,559.34, plus interests, recorded at page 202 of volume 543 of Yabucoa, property number 7,701, annotation A, dated on March 9, 2010.



**ESTUDIOS DE TITULO**
**SEGUROS DE TITULO**

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

**PAGE #3**
**PROPERTY #7,701**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 11, 2019.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

***EAGLE TITLE AND OTHER SERVICES, INC.***

*Authorized signature*

mcr/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 11, 2019, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 23th day of November of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,386

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 23th day of November of 2019.

_____
NOTARY PUBLIC



Sello

RECIBO

FOLIO NUMERO:                                          593

PEDI *Primera*
PIA CERTIFICADA
*Ángel Mario López*
TE *de la Hacienda*
*el de noviembre*
*de 2002*
*LO CERTIFICO*

———————ESCRITURA NUMERO NOVENTA (90)————————

——REAMORTIZACION DE PRESTAMO HIPOTECARIO——

————————Y MODIFICACION DE HIPOTECA————————

—En Yauco, Puerto Rico, a los veintiun (21) días del mes

de —noviembre— del año dos mil dos (2002). ——

————————————ANTE MI————————————

—LCDO. OSCAR CASTELLON PEREZ, Abogado y Notario

Público de esta Isla, con vecindad, residencia y estudio abierto

en Yauco, Puerto Rico. ——

————————————COMPARECEN————————————

—DE LA PRIMERA PARTE: COMO DEUDOR HIPOTECARIO:

DON ANGEL MARIO LOPEZ PADRO, mayor de edad, soltero,

propietario y vecino de Yauco, Puerto Rico, Seguro Social

número ███████████

—DE LA SEGUNDA PARTE: COMO ACREEDOR

HIPOTECARIO: ESTADOS UNIDOS DE AMERICA, actuando

por conducto y a través del Administrador de la Administración de

Hogares Para Agricultores, antes hoy FARM SERVICE AGENCY,

con seguro social patronal ██████████ representada en este

acto por DON CARLOS RAMIREZ RODRIGUEZ, también

conocido como *CARLOS RAMIREZ* , mayor de edad, casado,

Gerente de Crédito Agrícola, vecino de San Germán, Puerto

Rico, Seguro Social número ██████████ y cuyo carácter consta

debidamente acreditado en el Registro de la Propiedad de Puerto

Rico. ——

————————————DOY FE—————————————

—De conocer personalmente a los comparecientes y por sus

dichos me constan sus circunstancias personales. Me aseguran

tener y a mi juicio tienen la capacidad legal necesaria para este

tipo de otorgamiento y en tal virtud libre y voluntariamente: ——

————————————EXPONEN————————————

1

FOLIO NUMERO:                                          594



—PRIMERO: Que el Deudor Hipotecario es dueño en pleno dominio de las siguientes propiedades: —————————————

—A) RUSTICA: Parcela número 1. Predio de terreno en el Barrio Barinas del término Municipal de Yauco, Puerto Rico, con una cabida superficial de UNA CUERDA (1.00 cda.), equivalente a TRES MIL NOVECIENTOS TREINTA METROS CUADRADOS (3930.00 M/C). En lindes por el NORTE, SUR, ESTE y OESTE, en sesenta y dos punto setenta (62.70) metros con terrenos de la Sucesión de María López Camacho, de la cual se segrega. —————

Inscrita al folio 125 del tomo 230 de Yauco, finca número 7,700. -

—B) RUSTICA: Parcela número 2. Predio de terreno en el Barrio Barinas del término Municipal de Yauco, Puerto Rico, con una cabida superficial de NUEVE CUERDAS (9.00 cdas.), equivalente a TREINTA Y CINCO MIL TRESCIENTOS SETENTA METROS CUADRADOS (35,370.00 M/C). En lindes por el NORTE y SUR; en ciento cincuenta y tres (153) metros cada una con terrenos de la finca principal de la cual se segrega; por el ESTE y OESTE, en doscientos treinta y uno punto diez y ocho (231.18) metros, cada uno con terrenos de Máximo Vega Flores y terrenos de la Sucesión María López Camacho, de los cuales se segregan respectivamente. —————————————————

Inscrita al folio 132 del tomo 230 de Yauco, finca número 7,701. -

—————————————TITULOS Y CARGAS—————————

—SEGUNDO: El Deudor Hipotecario adquiere las propiedades antes descritas de la siguiente forma: —————————————

—La propiedad identificada como "A": —————————————

—Por título de adjudicación en pago de haber en la comunidad de bienes compuesta por él y Lionel, Elsa Iris, Edmundo Edgardo de apellidos López Padró, Irving, Amalia Mercedes Carmen Adela, Domingo José de apellidos López Vargas y Carmen Vargas, se valoró en $53.33, según escritura número 5 otorgada en Bayamón, Puerto Rico, el 13 de diciembre de 1976 ante la notario Maritza Pagán de Joglar. Inscripción primera al folio 120 del tomo 230 de Yauco. ———————————————

—La propiedad identificada como "B": —————————————

—Por título de adjudicación en la liquidación de bienes compuesta por él y Lionel, Elsa Iris, Edmundo, Edgardo de apellidos López Padró, Irving, Amalia Mercedes, Carmen Adela,

2

FOLIO NUMERO:          595

Domingo José de apellidos López Vargas y Carmen Vargas, se valoró en $479.97, según escritura número 5, otorgada en Bayamón, Puerto Rico, el 13 de diciembre de 1976, ante la notario Maritza Pagán de Joglar.  Inscripción primera al folio 133 del tomo 230 de Yauco. ————————————————————

—CARGAS: ————————————————————————————

—Para la propiedad identificada como "A": ——————————

Por su procedencia: Libre. ——————————

Por sí:  HIPOTECA constituída por Angel Mario López en garantía de un pagaré suscrito a favor de los Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores, sobre esta finca y otra por la suma de $73,500.00 con intereses al 5 porciento anual; vencedero a los 40 años.  Se tasa la finca en $73,500.00, las dos fincas.  Así resulta de la escritura número 55, otorgada en Yauco, el 11 de agosto de 1977, ante el notario Domingo A. Vivaldi Fermoso, aclarada por la escritura número 68, otorgada en Yauco, Puerto Rico, el 11 de octubre de 1978, ante el mismo notario. Inscripción tercera al folio 128 del tomo 230 de Yauco. ——

—Modificada esta hipoteca en cuanto a la forma de pago, el importe total adeudado de $96,477.47, con intereses al 5 porciento; vencerá el 19 de noviembre de 2016. Según escritura número 133, otorgada en Yauco, el 19 de noviembre de 1986, ante el notario Xavier Torres Villa.  Anotación al margen del folio 128vto. del tomo 230 de Yauco, con fecha 7 de enero de 1987. —

HIPOTECA constituida por Angel Mario López en garantía de un pagaré suscrito bajo affidavit número 391, sobre esta y otra finca a favor del Banco Obrero de Ahorro y Préstamo de Puerto Rico, sobre esta finca y otra, por la suma de $6,500.00, con intereses al 9 1/4 porciento anual; vencedero a la presentación.  Responde esta finca por la suma de $700.00.  Así resulta de la escritura número 5, otorgada en San Juan, Puerto Rico, el 29 de diciembre



3

FOLIO NUMERO:                                      596

de 1977, ante el notario Raúl Rodríguez Santiago. Inscripción

cuarta al folio 130 del tomo 230 de Yauco. —————————

—Para la propiedad identificada como "B": ———————

Por su procedencia: Libre. —————————————

Por sí: HIPOTECA constituida por Angel Mario López en

garantía de un pagaré suscrito a favor de los Estados Unidos de

América, actuando por conducto de la Administración de Hogares

de Agricultores, sobre esta finca y otra por la suma de

$73,500.00 con intereses al 5 porciento anual; vencedero a los

40 años. Se tasa la finca en $73,500.00. Así resulta de la

escritura número 45, otorgada en Yauco, el 11 de agosto de

1977, ante el notario Domingo A. Vivaldi Fermoso. Inscripción

tercera al folio 134 del tomo 230 de Yauco. ——————————

—Esta hipoteca fue remortizada y modificada con un balance de

$96,477.47, con intereses al 5 porciento; vencerá el 19 de

noviembre de 2016. Según escritura número 133, otorgada en

Yauco, el 19 de noviembre de 1986, ante el notario Xavier Torres

Villa. Anotación al margen del folio 134 del tomo 230 de Yauco,

con fecha 7 de enero de 1987. ——————————————

HIPOTECA constituida por Angel Mario López en garantía de un

pagaré suscrito a favor del Banco Obrero de Ahorro y Préstamo

de Puerto Rico, sobre esta finca y otra, por la suma de $6,500.00,

con intereses al 9 1/4 porciento anual; vencedero a la

presentación. Se tasa la finca en $5,800.00. Así resulta de la

escritura número 5, otorgada en San Juan, Puerto Rico, el 29 de

diciembre de 1977, ante el notario Raúl Rodríguez Santiago.

Inscripción cuarta al folio 135 del tomo 230 de Yauco. ————

—Fue remortizada y modificada la hipoteca por la suma de

$73,500.00 que motivó inscripción tercera con un balance deudor

de $96,477.47 principal más intereses por la suma de $17,651.64

para un total de $114,129.11 con intereses a razón del 5

porciento anual; será pagado de la siguiente forma: $80.00 en o

antes de 1 de enero de los primeros 5 años y luego pagará

4



FOLIO NUMERO:                                              597

$10,921.00, por los restantes 19 años. Los pagos se efectuaran los días 1 de enero de cada año y por la escritura número 17, otorgada en Yauco, Puerto Rico, el 26 de febrero de 1993, ante el notario Oscar Castellón Pérez. Inscripción sexta al folio 137 del tomo 230 de Yauco. ———————————————

—Se repite la inscripción sexta al folio 141 del tomo 379 de Yauco. ———

HIPOTECA constituida por Angel Mario López en garantía de un pagaré suscrito a favor de los Estados Unidos de América, actuando por conducto de la Administración de Hogares Agricultores, sobre esta finca y otra por la suma de $8,000.00, con intereses al 4 ½ porciento anual; vencedero a los 2 años. Se tasa la finca en $8,000.00. Así resulta de la escritura número 8, otorgada en Yauco, Puerto Rico, el 13 de febrero de 1990, ante el notario Oscar Castellón Pérez. Inscripción quinta al folio 136 del tomo 230 de Yauco. ———————————

HIPOTECA constituida por Angel Mario López en garantía de un pagaré suscrito a favor de los Estados Unidos de América, actuando por conducto de la Administración de Hogares Agricultores, sobre esta finca y otra por la suma de $9,000.00, con intereses al 3.75 porciento anual; vencedero a los 10 años. Se tasa la finca en un 90% de dicha hipoteca. Así resulta de la escritura número 73, otorgada en Yauco, Puerto Rico, el 25 de abril de 1995, ante el notario Oscar Castellón Pérez. Inscripción septima al folio 143 del tomo 379 de Yauco. ———————

—TERCERO: Los Estudios de título fueron ordenados por los comparecientes a sugerencia del notario y preparados los mismos por la SRA. RITA MARIA ORTIZ RODRIGUEZ, con fecha del 11 de abril del 2002, para la propiedad identificada "A" y con fecha del 2 de abril del 2002, para la propiedad identificada "B". Yo, el notario les explique a los comparecientes el contenido y las consecuencias jurídicas del mismo, y enterados y conformes se reiteran en este otorgamiento. Así mismo los comparecientes

5



FOLIO NUMERO:                                    598

aceptan de cuenta y cargo la presentación e inscripción en el
Registro, del inmueble antes descrito y liberan al notario de la
responsabilidad civil y notarial en cuanto al estudio de título, la
presentación e inscripción, en cuyo caso corresponde por cuenta
y cargo de la parte interesada del inmueble en el Registro de la
Propiedad. ------------------------------------------------------------------

---CUARTO: Sigue manifestando el Deudor Hipotecario, que con
el fin de reamortizar la deuda hipotecaria con la Administración
de Hogares de Agricultores antes, hoy FARM SERVICE
AGENCY, solicitó y obtuvo el consentimiento del Acreedor
Hipotecario, Estados Unidos de América, actuando por conducto
y a través del Administrador de la Administración de Hogares de
Agricultores antes, hoy FARM SERVICE AGENCY, de
conformidad con la Ley del Congreso, titulada "Consolidated
Farmers Home Administration Act of 1961" y el reglamento
aprobado al efecto, para reamortizar las deudas hipotecarias. ---

---QUINTO: Manifiesta el Deudor Hipotecario, que son de su
propio y personal conocimiento todas y cada una de las
obligaciones, cláusulas y estipulaciones contenidas o
mencionadas en las escrituras de Hipoteca, y en este acto en
forma clara, solemne y terminantemente, se obliga a cumplir
todas y cada una de dichas obligaciones, cláusulas y
estipulaciones requeridas por la Administración de Hogares de
Agricultores antes, hoy FARM SERVICE AGENCY. --------------

---------------REAMORTIZACION Y MODIFICACION DE PAGO-------
------------------------DE PAGARE E HIPOTECA-----------------

---SEXTO: Manifiesta el Acreedor Hiptecario, *DON CARLOS
RAMIREZ*, en el carácter que ostenta, que habiéndo sido
aceptado el Deudor Hipotecario, Don Angel Mario López Padró,
para recibir los beneficios de la Ley del Congreso titulada
"Consolidated Farmers Home Administration Act of 1961", según
enmendada, ha convenido en reamortizar y modificar la forma de
pago de los plazos consignados en los Pagarés y en las



6

FOLIO NUMERO:                                         599

Hipotecas constituidas mediante las escrituras que se describen
a continuación; en la siguiente forma: ————————————

————A) Escritura número 45, otorgada en Yauco, Puerto Rico, el
día 11 de agosto de 1977, ante el Notario Público Domingo A.
Vivaldi: ————

"El importe de este Pagaré y la Hipoteca que lo garantiza ha sido
ampliado y reamortizado al Veintiuno (21) de noviembre del año
dos mil dos (2002), dio un saldo deudor montante a *CIENTO
CATORCE MIL SESENTA Y OCHO DOLARES CON
DIECISIETE CENTAVOS ($114,068.17)* de Principal, y
*CINCUENTA Y CINCO MIL DOSCIENTOS CINCUENTA Y DOS
DOLARES CON SETENTA Y TRES CENTAVOS ($55,252.73)*
de intereses, para un total de *CIENTO SESENTA Y NUEVE MIL
TRESCIENTOS VEINTE DOLARES CON NOVENTA
CENTAVOS ($169,320.90)*, que devengará intereses a razón de
un *CINCO PORCIENTO (5.00%)* anual y por habersele dado un
diferimiento de *CINCO (5)* años, habrá de ser pagada en la
siguiente forma: *MIL QUINIENTOS DOLARES ($1,500.00)* en o
antes del uno (1) de enero del año dos mil tres (2003), *OCHO
MIL NOVECIENTOS CUARENTA DOLARES ($8,940.00)* en o
antes del uno (1) de enero del año dos mil cuatro (2004) hasta el
uno (1) de enero del año dos mil siete (2007); *VEINTIDOS MIL
QUINIENTOS SESENTA DOLARES ($22,560.00)* el uno (1) de
enero del año dos mil ocho (2008) y subsiguientemente en el uno
(1) de enero de cada año, excepto que el plazo final de la deuda
aquí evidenciada, se hará en o antes del veintiuno (21) de
noviembre del año dos mil diez y seis (2016). ————

————B) Escritura número 73, otorgada en Yauco, Puerto Rico, el
día 25 de abril de 1995, ante el Notario Público Oscar Castellón
Pérez: ————

"El importe de este Pagaré y la Hipoteca que lo garantiza ha sido
ampliado y reamortizado al Veintiuno (21) de noviembre del año
dos mil dos (2002), dio un saldo deudor montante a *NUEVE MIL*

7

FOLIO NUMERO:                                    600

NOVECIENTOS QUINCE DOLARES CON VEINTE CENTAVOS (*$9,915.20*) de Principal, y *DOS MIL SEISCIENTOS CUARENTA Y CUATRO DOLARES CON CATORCE CENTAVOS ($2,644.14)* de intereses, para un total de *DOCE MIL QUINIENTOS CINCUENTA Y NUEVE DOLARES CON TREINTA Y CUATRO CENTAVOS ($12,559.34)*, que devengará intereses razón de un *TRES PUNTO SETENTA Y CINCO PORCIENTO (3.75%)* anual y por habersele dado un diferimiento de *CINCO (5)* años, habrá de ser pagada en la siguiente forma: *CERO DOLARES ($0.00)* en o antes del uno (1) de enero del año dos mil tres (2003) hasta el uno (1) de enero del año dos mil siete (2007); *MIL SETECIENTOS SESENTA Y CINCO DOLARES ($1,765.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aqui evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil diez y siete (2017). ————————————————————————————

————C) Escritura número 8, otorgada en Yauco, Puerto Rico, el día 13 de febrero de 1990, ante el Notario Público Oscar Castellón Pérez: ——————————————————————

"El importe de este Pagaré y la Hipoteca que lo garantiza ha sido ampliado y reamortizado al Veintiuno (21) de noviembre del año dos mil dos (2002), dio un saldo deudor montante a *DOS MIL CINCUENTA Y TRES DOLARES CON CUARENTA Y DOS CENTAVOS ($2,053.42)* de Principal, y *SEISCIENTOS SESENTA Y CINCO DOLARES CON OCHENTA Y DOS CENTAVOS ($665.82)* de intereses, para un total de *DOS MIL SETECIENTOS DIEZ Y NUEVE DOLARES CON VEINTICUATRO CENTAVOS ($2,719.24)*, que devengará intereses razón de un *TRES PUNTO SETENTA Y CINCO PORCIENTO (3.75%)* anual y por habersele dado un diferimiento de *CINCO (5)* años, habrá de ser pagada en la siguiente forma: *CERO DOLARES ($0.00)* en o antes del uno (1) de enero del

8

FOLIO NUMERO:                                          601

año dos mil tres (2003) hasta el uno (1) de enero del año dos mil siete (2007); *DOSCIENTOS SIETE DOLARES ($207.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil veintinueve (2029). ————————

—SEPTIMO: El Acreedor Hipotecario, *DON CARLOS RAMIREZ,* en el carácter que ostenta, me entrega a mí, el notario, los Pagarés garantizados con las Hipotecas antes descritas, quien me asegura no han sido negociados ni gravados en forma alguna por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado por mí, el notario, cerciorándome que se trata de los mismos Pagaré, procedo a poner al dorso de los mismos la siguiente nota: ————————————————

——A) "El importe de este Pagaré y la Hipoteca que lo garantiza, reamortizado al veintiuno (21) de noviembre del año dos mil dos (2002), dio un saldo deudor montante a *CIENTO SESENTA Y NUEVE MIL TRESCIENTOS VEINTE DOLARES CON NOVENTA CENTAVOS ($169,320.90),* con intereses a razón de un *CINCO PORCIENTO (5.00%)* anual y la cual habrá de ser pagada en la siguiente forma: *MIL QUINIENTOS DOLARES ($1,500.00)* en o antes del uno (1) de enero del año dos mil tres (2003), *OCHO MIL NOVECIENTOS CUARENTA DOLARES ($8,940.00)* en o antes del uno (1) de enero del año dos mil cuatro (2004) hasta el uno (1) de enero del año dos mil siete (2007); *VEINTIDOS MIL QUINIENTOS SESENTA DOLARES ($22,560.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil diez y seis (2016), según consta de la Escritura número NOVENTA (90) — del día veintiuno (21) de noviembre del año dos mil dos (2002), ante el notario Oscar Castellón Pérez. ————————

9

FOLIO NUMERO:                                    602

DOY FE Y CERTIFICO. En Yauco, Puerto Rico, hoy veintiuno (21) de noviembre del año dos mil dos (2002). (Firmado, Signado, Sellado y Rubricado) LCDO. OSCAR CASTELLON PEREZ, NOTARIO PUBLICO." ——————————————

——B) "El importe de este Pagaré y la Hipoteca que lo garantiza, reamortizado al veintiuno (21) de noviembre del año dos mil dos (2002), dio un saldo deudor montante a *DOCE MIL QUINIENTOS CINCUENTA Y NUEVE DOLARES CON TREINTA Y CUATRO CENTAVOS ($12,559.34)*, con intereses razón de un *TRES PUNTO SETENTA Y CINCO PORCIENTO (3.75%)* anual y la cual habrá de ser pagada en la siguiente forma: *CERO DOLARES ($0.00)* en o antes del uno (1) de enero del año dos mil tres (2003) hasta el uno (1) de enero del año dos mil siete (2007); *MIL SETECIENTOS SESENTA Y CINCO DOLARES ($1,765.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil diez y siete (2017), según consta de la Escritura número NOVENTA (90) —— del día veintiuno (21) de noviembre del año dos mil dos (2002), ante el notario Oscar Castellón Pérez. —————————————

DOY FE Y CERTIFICO. En Yauco, Puerto Rico, hoy veintiuno (21) de noviembre del año dos mil dos (2002). (Firmado, Signado, Sellado y Rubricado) LCDO. OSCAR CASTELLON PEREZ, NOTARIO PUBLICO." ——————————————

——C) "El importe de este Pagaré y la Hipoteca que lo garantiza, reamortizado al veintiuno (21) de noviembre del año dos mil dos (2002), dio un saldo deudor montante a *DOS MIL SETECIENTOS DIEZ Y NUEVE DOLARES CON VEINTICUATRO CENTAVOS ($2,719.24)*, con intereses razón de un *TRES PUNTO SETENTA Y CINCO PORCIENTO (3.75%)* anual y la cual habrá de ser pagada en la siguiente forma: *CERO DOLARES ($0.00)* en o antes del uno (1) de enero del



FOLIO NUMERO:                                    603

año dos mil tres (2003) hasta el uno (1) de enero del año dos mil siete (2007); *DOSCIENTOS SIETE DOLARES ($207.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil veintinueve (2029), según consta de la Escritura número NOVENTA (90)———— del día veintiuno (21) de noviembre del año dos mil dos (2002), ante el notario Oscar Castellón Pérez. ————————————————————————
DOY FE Y CERTIFICO. En Yauco, Puerto Rico, hoy veintiuno (21) de noviembre del año dos mil dos (2002). (Firmado, Signado, Sellado y Rubricado) LCDO. OSCAR CASTELLON PEREZ, NOTARIO PUBLICO." ————————————————
—Una vez puesta y firmada la nota, los devuelvo al Acreedor Hipotecario, *DON CARLOS RAMIREZ*, en el carácter que ostenta. ————————————————————————————————
————————ADVERTENCIAS ESPECIALES————————
—OCTAVO: Yo, el notario, hice a los comparecientes las advertencias legales correspondientes. Expresamente les advertí: —
—A. Que de encontrarse el inmueble objeto de esta transacción en zona inundable cualquier titular y/o ocupante presente y futuro del mismo queda obligado por ley a observar y cumplir con los requisitos y disposiciones del Reglamento sobre Zonas Susceptibles de Inundación, bajo apercibimiento de que de incumplir con los mismos resultaría en un acto ilegal a tenor con las disposiciones de la Ley sobre Zonas Inundables. Las partes otorgantes aquí comparecientes reconocen y se obligan a su fiel cumplimiento en caso que les sea de aplicación el mismo. ————
—B. Sobre la obligación que tiene la parte Compradora de transferir a su nombre las contribuciones sobre la propiedad en el Centro de Recaudación de Ingresos Municipales (CRIM) y del



FOLIO NUMERO:                                    604

término establecido para solicitar exención sobre las mismas de

cualificar de acuerdo a la ley. ————————————

—NOVENO:  El Deudor Hipotecario se compromete a firmar

cuantos documentos públicos, privados o administrativos sean

necesarios y útiles o a requerimiento del Acreedor Hipotecario, a

los fines de conformar e inscribir el negocio aquí consignado,

cuya deliberada intención es la reamortización y modificación de

los préstamos hipotecarios previamente concedidos, en sentido

amplio. ————————————

———————ACEPTACION Y ADVERTENCIAS———————

—Los comparecientes aceptan esta escritura por estar redactada

conforme a sus instrucciones, luego de haberle hecho yo, EL

NOTARIO las advertencias legales y pertinentes a este tipo de

otorgamiento. ————————————

———————LECTURA Y OTORGAMIENTO———————

—Así lo dicen y otorgan ante mí. ————————

—LEIDA esta escritura por mí, EL NOTARIO a los

comparecientes, en voz alta y en un solo acto, sin interrupción de

clase alguna, los comparecientes se ratifican en todo, luego de

advertirle del derecho que tenían de leerla por sí y de requerir la

presencia de testigos instrumentales, derechos a los cuales

renunciaron, proceden a estampar sus iniciales al margen

izquierdo de cada folio que consta esta escritura y firman su

nombre completo al final del último.   DE TODO LO

CONSIGNADO, YO, EL NOTARIO, DOY FE Y CERTIFICO. ———

12

Esta es una copia fiel y exacta del original, que obra en el protocolo de Instrumentos Públicos, del notario autorizante. Tiene escritas las iniciales en cada uno de los folios y la firma del nombre completo de cada uno de los comparecientes en el último folio. Contiene ___ folios. Los Sellos de Rentas Internas y el impuesto notarial, están adheridos y cancelados. A una parte interesada, expido esta copia ___, hoy día ___ de ___ ___. Todo lo que rubrico, signo, firmo y sello, de lo cual ——— DOY FE Y CERTIFICO.———

Oscar Castellón Pérez

Solamente a los fines de proveer los datos de inscripción por haber sido decomisado esta escritura de acuerdo a la ley, se consigna la siguiente nota:

Tomo 457 - Yauco
Folio 70 y 72
Finca # 7,700 y # 7,701
Inr 7ᵃ y 8ᵃ
Ponce a, 4 de diciembre de 2002.

Registrador
2·21·07

"El importe de este Pagaré y la Hipoteca que lo garantiza, reamortizado al veintiseis de febrero de mil novecientos noventa y tres dio un saldo deudor montante a CIENTO CATORCE MIL CIENTO VEINTINUEVE DOLARES CON ONCE CENTAVOS ($114,129.11) con intereses a razón del cinco por ciento (5%) anual por ciento anual y la cual habrá de ser pagada en la siguiente forma: OCHENTA DOLARES ($80.00) en o antes del día primero de enero de los primeros cinco (5) años y luego pagara DIEZ MIL NOVECIENTOS VEINTIUN DOLARES ($10,921.00) por los restantes diecinueve años (19). Los pagos se efectuarán los días primero de enero de cada año por los próximos veinticuatro años, según la Escritura Número DIECISIETE (17), ante Oscar Castellón Pérez.

DOY FE.

En Yauco, Puerto Rico, a 26 de febrero de 1993.



LCDO. OSCAR CASTELLON PEREZ
NOTARIO PUBLICO

"El importe de este Pagaré y la Hipoteca que lo garantiza, reamortizado al diecinueve (19) de noviembre de mil novecientos ochenta y seis (1986), dio un saldo deudor montante a NOVENTA Y SEIS MIL CUATROCIENTOS SETENTA Y SIETE DOLARES CON CUARENTA Y— SIETE CENTAVOS ($96,477.47), con intereses a razón del Cinco (5%) por ciento anual y la cual habrá de ser pagada en la siguiente forma: CIEN DOLARES ($100.00) en o antes del primero (1ro.) de enero de mil-novecientos ochenta y siete (1987) y SEIS MIL DOSCIENTOS NOVENTA Y— TRES DOLARES ($6,293.00) en o antes de cada enero primero (1ro.) sub-siguiente, excepto el pago final del total de la deuda aquí asumida— se hará en o antes del diecinueve (19) de noviembre del año dos mil-dieciseis (2016), según resulta de la Escritura Número Ciento Treinta y Tres (133) del día diecinueve (19) de noviembre de mil novecientos-ochenta y seis (1986), ante el Notario Licenciado XAVIER R. TORRES— VILLA.

DOY FE."

En Yauco, Puerto Rico, a 19 de noviembre de 1986.

XAVIER R. TORRES VILLA
Notario Público

# ADDENDUM

El importe de este Pagaré y la Hipoteca que lo garantiza ha sido ampliado y reamortizado al Veintiuno (21) de noviembre del año dos mil dos (2002), dio un saldo deudor montante a *NUEVE MIL NOVECIENTOS QUINCE DOLARES CON VEINTE CENTAVOS ($9,915.20)* de Principal, y *DOS MIL SEISCIENTOS CUARENTA Y CUATRO DOLARES CON CATORCE CENTAVOS ($2,644.14)* de intereses, para un total de *DOCE MIL QUINIENTOS CINCUENTA Y NUEVE DOLARES CON TREINTA Y CUATRO CENTAVOS ($12,559.34)*, que devengará intereses razón de un *TRES PUNTO SETENTA Y CINCO PORCIENTO (3.75%)* anual y por habersele dado un diferimiento de *CINCO (5)* años, habrá de ser pagada en la siguiente forma: *CERO DOLARES ($0.00)* en o antes del uno (1) de enero del año dos mil tres (2003) hasta el uno (1) de enero del año dos mil siete (2007); *MIL SETECIENTOS SESENTA Y CINCO DOLARES ($1,765.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil diez y siete (2017), según consta de la Escritura número ---NOVENTA (90)------- del día Veintiuno (21) de noviembre del año dos mil dos (2002).

DOY FE Y CERTIFICO. En Yauco, Puerto Rico, hoy Veintiuno (21) de noviembre del año dos mil dos (2002).

OSCAR CASTELLON PEREZ
NOTARIO PUBLICO

ATTORNEY AT LAW

PO BOX 3002 – CALLE MATTEI LLUBERAS NUM. 68
YAUCO, PUERTO RICO 00698

# PUBLIC INSTRUMENT

### NUMBER: NINETY (90)

SUBJECT: **RE-AMORTIZATION OF MORTGAGE LOAN
AND MODIFICATION LOAN**

GRANTED

BY: **MR. ÁNGEL MARIO LÓPEZ PADRO**

IN FAVOR OF: **UNITED STATES OF AMERICA,
ACTING THROUGH THE ADMINISTRATOR OF THE
FARMERS HOME ADMINISTRATION PREVIOUSLY,
CURRENTLY FARM SERVICES AGENCY, REPRESENTED BY
MR. CARLOS RAMÍREZ RODRÍGUEZ**

ON: **NOVEMBER 21, 2002**

IN: **YAUCO, PUERTO RICO**

PAGE NUMBER:                                                                              593

[Illegible] *First*
CERTIFIED COPY
[Illegible] *Mario López*
[Illegible]
*November 21, 2002*
[Illegible] I CERTIFY
[Signature]

DEED NUMBER NINETY (90)

REAMORTIZATION OF MORTGAGE LOAN

AND MODIFICATION OF MORTGAGE

In Yauco, Puerto Rico, on the November twenty-one (21), two thousand two (2002).

IN MY PRESENCE

ATTY. OSCAR CASTELLON PEREZ, Attorney and Notary Public of this Island, with residence and offices in Yauco, Puerto Rico.

THERE NOW APPEAR

[Initials]

THE FIRST PARTY: AS MORTGAGOR: MR. ANGEL MARIO LOPEZ PADRO, of legal age, single, property owner and resident of Yauco, Puerto Rico, Social Security

[Seals]

number XXX-XX-XXXX.

THE SECOND PARTY: AS MORTGAGEE: UNITED STATES OF AMERICA, acting through the Administrator of the Farmers Home Administration, previously, today the FARM SERVICE AGENCY, with employer social security XXX-XX-XXXX, represented in this act MR. CARLOS RAMIREZ RODRIGUEZ also known as *CARLOS RAMIREZ*, of legal age, Farm Credit Manager, a resident of San Germán, Puerto Rico, Social Security number XXX-XX-XXXX, whose credentials are duly recorded at the Property Registry of Puerto Rico.

I DO ATTEST

To my personal acquaintance with the parties and, by virtue of their statements, to their personal information. They assure me they have, and, in my judgment, they do have the necessary legal capacity for this type of granting and, consequently, freely and voluntarily

THEY DO STATE

1

PAGE NUMBER:                                                                594

FIRST: That the mortgagors is the owner with full control of the following properties:

A) RURAL PROPERTY: Plot number 1. Plot of land located in Barrio Barinas of the Municipality of Yauco, with a surface area of ONE (1) CUERDA, equivalent to THREE THOUSAND NINE HUNDRED THIRTY SQUARE METERS (3,930 M²). Bordered to the NORTH, SOUTH, EAST and WEST in sixty-two point seventy (62.70) meters by the land of Mária López Camacho's Estate, from which it is segregated.

Recorded on page 125 of book 230 of Yauco, farm number 7,700.

B) RURAL PROPERTY: Plot of land in Barrio Barinas of the Municipality of Yauco, with a surface area of NINE (9) CUERDAS, equivalent to THIRTY-FIVE THOUSAND THREE HUNDRED SEVENTY SQUARE METERS (35,370 M²). Bordered to the NORTH and SOUTH in one hundred fifty-three (153) meters each by lands of the main farm from which it is segregated; and to EAST and WEST in two hundred thirty-one point eighteen (231.18) meters, each by lands of Mr. Máximo Vega Flores and plots of land of María López Camacho's estate, from which it is segregated, respectively.

[Initials]

[Seals]

Recorded on Page 132 of Book 230 of Yauco, Farm Number 7,701.

TITLES AND CHARGES

SECOND: The Mortgagor acquires the aforementioned properties as follows:

*The property identified as "A:"*

By title of adjudication as payment for having in the community property composed of him and Lionel, Elsa Iris, Edmundo Edgardo surnamed López, Padró, Irving, Amalia Mercedes, Carmen Adela, Domingo José surnamed López Vegas, y Carmen Vargas, it was valued at $53.33, according to deed number 5, granted on Bayamón, Puerto Rico, on December 13, 1976, before the notary Maritza Pagán de Joglar. First recording on page 120 of book 230 of Yauco.

*The property identified as "B"*

By title of adjudication in the liquidation of properties composed of of him and Lionel, Elsa Iris, Edmundo Edgardo surnamed López Padró, Irving, Amalia Mercedes, Carmen Adela,

2

PAGE NUMBER                                                                595

Domingo José surnamed López Vegas, y Carmen Vargas, it was valued at $479.97, according to deed number 5, granted on Bayamón, Puerto Rico, on December 13, 1976, before the notary Maritza Pagán de Joglar. First recording on page 133 of book 230 of Yauco.

CHARGES:

*For the property identified as "A"*

Due to its provenience: Free.

By itself: MORTGAGE constituted by Angel Mario López in guaranty of a promissory note signed in favor to United States of America, acting through the Farmers Home Administration, over this farm and another in the amount of $73,500.00 with interest at 5 percent per annum; maturing in 40 years. The farm is assessed in the amount of $73,500.00, both farms. This pursuant to deed number 55, granted in Yauco on August 11, 1977, before the notary Domingo A. Vivaldi Fermoso, clarified by deed number 68, granted in Yauco, Puerto Rico, on October 11, 1978, before the same notary. Third recording on page 128 of book 230 of Yauco.

[Initials]

[Seals]

This mortgage modified with regards to the payment schedule, the total amount owed of $96,477.47 with interest at 5 percent; it shall mature on November 19, 2016. This pursuant to deed number 133, granted in Yauco on November 19, 1986, before the notary Xavier Torres Villa. Noted in the margin of page 128, reverse, of book 230 of Yauco, dated January 7, 1987.

MORTGAGE constituted by Angel Mario López in guaranty of a promissory note signed under affidavit number 391, over this farm and another farm in favor of *Banco Obrero de Ahorro y Préstamo de Puerto Rico* (Labor Loan and Savings Bank of Puerto Rico), over this farm and another, in the amount of $6,500.00 with interest at 9 1/4 percent per annum; payable upon presentation. This farm represents the amount of $700.00. This pursuant to deed number 5, granted in San Juan, Puerto Rico, on December 29,

3

PAGE NUMBER                                                              596

1977, before the notary Raúl Rodríguez Santiago. Fourth recording on page 130 of book 230 of Yauco.

   *For the property identified as "B"*

Due to its provenience: Free.

By itself: MORTGAGE constituted by Angel Mario López in guaranty of the promissory note signed in favor of the United States of America, acting through Farmers Home Administration, over this farm and another one in the amount of $73,500.00 with interest at 5 percent per annum; maturing in 40 years. The farm is assessed in the amount of $73,500.00. Pursuant to deed number 45, granted in Yauco, on August 11, 1977, before the notary Domingo A. Vivaldi Fermoso. Third recording on page 134 of book 230 of Yauco.

[Initials]

   This mortgage was re-amortized and modified with a balance of $96,477.47 and interest at 5 percent; it shall mature on November 19, 2016. Pursuant to deed number 133, granted in Yauco, on November 19, 1986, before the notary Xavier Torres Villa. Noted in the margin of page 134 of book 230 of Yauco, dated January 7$^t$, 1987.

[Seals]

MORTGAGE constituted by Angel Mario López in guaranty of a promissory note signed under affidavit number 391, over this farm and another farm in favor of *Banco Obrero de Ahorro y Préstamo de Puerto Rico* (Labor Loan and Savings Bank of Puerto Rico), over this farm and another, in the amount of $6,500.00 with interest at 9 1/4 percent per annum; payable upon presentation. This farm represents the amount of $5,800.00. This pursuant to deed number 5, granted in San Juan, Puerto Rico, on December 29, 1977, before the notary Raúl Rodríguez Santiago. Fourth recording on page 135 of book 230 of Yauco.

   The mortgage was re-amortized and modified in the amount of $73,530.00, giving rise to the third recording with a balance owed of $96,477.47 of principal plus interest in the amount of $17,651.64, for a total of $114,129.11, with interest at 5 percent per annum; it shall be payable as follows: $80.00 on or before January 1 the first 5 years and thereafter

4

PAGE NUMBER                                                        597

$10,921.00 shall be paid the remining 19 years. The payments shall be made on January 1 of each year and by deed number 17, granted in Yauco, Puerto Rico, on February 26, 1993, before the notary Oscar Castellón Pérez. Sixth recording on page 137 of book 230 of Yauco.

The sixth inscription is repeated on page 141 of book 379 of Yauco.

MORTGAGE constituted by Angel Mario López in guaranty of a promissory note signed in favor of the United States of America, acting through Farmers Home Administration, over this farm and another in the amount of $8,000.00, with interest at 4 ½ percent per annum; maturing in 2 years. The farm is assessed at $8,000.00. Pursuant to deed number 8, granted in Yauco, Puerto Rico, on February 13, 1990, before the notary Oscar Castellón Pérez, clarified. Fifth recording on page 136 of book 230 of Yauco.

[Initials]

[Seals]

MORTGAGE constituted by Angel Mario López in guaranty of a promissory note signed in favor of the United States of America, acting through Farmers Home Administration, over this farm and another in the amount of $9,000.00, with interest at 3.75 percent per annum; maturing in 10 years. The farm is assessed at 90% of said mortgage. Pursuant to deed number 73, granted in Yauco, Puerto Rico, on April 25, 1995, before notary Oscar Castellón Pérez. Seventh recording on page 143 of book 379 of Yauco.

THIRD: The Title Studies were ordered by the appearing parties at the notary's suggestion and prepared by MS. RITA MARIA ORTIZ RODRIGUEZ, dated April 11, 2002, for the property identified as "A" and dated on April 2, 2002, for the property identified as "B." I, the notary explained to the appearing parties the content and the legal consequences of same, and they repeat that they have been advised and are in agreement upon this granting. Furthermore, the  appearing parties

PAGE NUMBER                                                              598

accept notice and the expenses of presentation and registration at the Registry, of the aforementioned real estate property and do release the notary of civil and notarial responsibility related to the title study, presentation and recording, which shall be the responsibility of the party with interest in the real estate property at the Property Registry.

FOURTH: The appearing party continues to state that, in order to re-amortize the mortgage debt with the Farmers Home Administration, previously, today FARM SERVICE AGENCY, he did request and obtain the consent of the Mortgagee, United States of America, acting through the Administrator of Farmers Home Administration, previously, today FARM SERVICE AGENCY, in accordance with the Law of Congress law "Consolidated Farmers Home Administration Act of 1961", and the approved regulation to that effect, to re-amortize the mortgage debts.

[Initials]

[Seals]

FIFTH: The mortgagor does state that they have personal knowledge of each and every one of the obligations, clauses and stipulations contained or mentioned in the Mortgage deeds, and through this act does clearly, solemnly, and fully agree to comply with each of the obligations, clauses and stipulations required by the Farmers Home Administration, previously, today FARM SERVICE AGENCY.

REAMORTIZATION AND MODIFICATION
OF PROMISSORY NOTE AND MORTGAGE PAYMENT

SIXTH: The Mortgagee, *MR. CARLOS RAMIREZ*, in his capacity, states that as the Mortgagor, Mr. Angel Mario López Padro, has been accepted to receive the benefits of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," as amended, an agreement has been entered into to re-amortize and modify the payment structure of the installments recorded on the Promissory Notes and the

6.

PAGE NUMBER                                                       599

Mortgages constituted through the deeds described below; as follows:

A) Deed number 45, granted in Yauco, Puerto Rico, on August 11 of 1977, before the Notary Public Domingo A. Vivaldi:

"The amount of this Promissory Note and the Mortgage that guarantees it has been extended and re-amortized on November Twenty-One (21), two thousand two (2002), with a balance owed of *ONE HUNDRED FOURTEEN THOUSAND SIXTY-EIGHT DOLLARS AND SEVENTEEN CENTS ($114,068.17)* of Principal and *FIFTY-FIVE THOUSAND TWO HUNDRED FIFTY-TWO DOLLARS AND SEVENTY-THREE CENTS ($55,252.73)* [Initials] of interest, for a total of *ONE HUNDRED SIXTY-NINE THOUSAND THREE HUNDRED TWENTY DOLLARS AND NINETY CENTS ($169,320.90)*, which shall accrue interest at a [Seals] rate of *FIVE PERCENT (5.00%)* per annum, and due to having been given a deferral of *FIVE (5)* years, shall be paid as follows: *ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00)* on or before January one (1), two thousand three (2003), *EIGHT THOUSAND NINE HUNDRED FORTY DOLLARS ($8,940.00)* on or before on January one (1), two thousand four (2004), until January one (1), two thousand seven (2007); *TWENTY-TWO THOUSAND FIVE HUNDRED SIXTY DOLLARS ($22,560.00)* on January one (1), two thousand eight (2008), and subsequently each January one (1) of each year, except that the final payment on the debt evidenced herein shall be made on or before November twenty-one (21), two thousand sixteen (2016).

B) Deed number 73, granted in Yauco, Puerto Rico, on April 25, 1995, before the Notary Public Oscar Castellón Pérez:

"The amount of this Promissory Note and the Mortgage that guarantees it has been extended and re-amortized on November Twenty-One (21), two thousand two (2002), with a balance owed of *NINE THOUSAND*

7

PAGE NUMBER                                                    600

*NINE HUNDRED FIFTEEN DOLLARS AND TWENTY CENTS ($9,915.20)* of principal and *TWO THOUSAND SIX HUNDRED FORTY-FOUR DOLLARS AND FOURTEEN CENTS ($2,644.14)* of interest, for a total of *TWELVE THOUSAND FIVE HUNDRED FIFTY-NINE DOLLARS AND THIRTY-FOUR CENTS ($12,559.34),* which shall accrue interest at a rate of *THREE POINT SEVENTY FIVE PERCENT (3.75%)* per annum, and due to having been given a deferral of *FIVE (5)* years, shall be paid as follows: *ZERO DOLLARS ($0.00)* on or before January one (1), two thousand three (2003), until January one (1), two thousand seven (2007); *ONE THOUSAND SEVEN HUNDRED SIXTY-FIVE DOLLARS ($1,765.00)* on January one (1), two thousand eight (2008), and subsequently each January one (1) of each year, except that the final payment on the debt evidenced herein shall be made on or before November twenty-one (21), two thousand seventeen (2017).

[Initials]

[Seals]

C) Deed number 8, granted in Yauco, Puerto Rico, on February 13, 1990, before the Notary Public Oscar Castellón Pérez:

"The amount of this Promissory Note and the Mortgage that guarantees it has been extended and re-amortized on November Twenty-One (21), two thousand two (2002), with a balance owed of *TWO THOUSAND FIFTY-THREE DOLLARS AND FORTY-TWO CENTS ($2,053.42)* of Principal and *SIX HUNDRED SIXTY-FIVE DOLLARS AND EIGHTY-TWO CENTS ($665.82)* of interest, for a total of *TWO THOUSAND SEVEN HUNDRED NINETEEN DOLLARS AND TWENTY-FOUR CENTS ($2,719.24),* which shall accrue interest at a rate of *THREE POINT SEVENTY-FIVE PERCENT (3.75%)* per annum, and due to having been given a deferral of *FIVE (5)* years, shall be paid as follows: *ZERO DOLLARS ($0.00)* on or before January one (1),

8

PAGE NUMBER                                                                                      601

two thousand three (2003), until January one (1), two thousand seven (2007); *TWO HUNDRED SEVEN DOLLARS ($207.00)* on January one (1), two thousand eight (2008), and subsequently each January one (1) of each year, except that the final payment on the debt evidenced herein shall be made on or before November twenty-one (21), two thousand two thousand twenty-nine (2029).

SEVENTH: The Mortgagee, MR. CARLOS RAMIREZ, in his capacity, delivers to me, the Notary, the promissory notes guaranteed by the aforementioned mortgages. He assures me that they have not been negotiated or encumbered in any way by their current holder and owner, the United States of America, and once identified by me, the Notary, confirming that these are the same Promissory Notes, I do proceed to affix to the backs of same the following note:

[Initials]

[Seals]

A) The amount of this Promissory Note and the Mortgage that guarantees it has been extended and re-amortized on November Twenty-One (21), two thousand two (2002), with a balance owed of *ONE HUNDRED FOURTEEN THOUSAND SIXTY-EIGHT DOLLARS AND SEVENTEEN CENTS ($114,068.17)* of Principal and *FIFTY-FIVE THOUSAND TWO HUNDRED FIFTY-TWO DOLLARS AND SEVENTY-THREE CENTS ($55,252.73)* of interest, for a total of *ONE HUNDRED SIXTY-NINE THOUSAND THREE HUNDRED TWENTY DOLLARS AND NINETY CENTS ($169,320.90),* which shall accrue interest at a rate of *FIVE PERCENT (5.00%)* per annum, and due to having been given a deferral of *FIVE (5)* years, shall be paid as follows: *ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00)* on or before January one (1), two thousand three (2003), *EIGHT THOUSAND NINE HUNDRED FORTY DOLLARS ($8,940.00)* on or before on January one (1), two thousand four (2004), until January one (1), two thousand seven (2007); *TWENTY-TWO THOUSAND FIVE HUNDRED SIXTY DOLLARS ($22,560.00)* on January one (1), two thousand eight (2008), and subsequently each January one (1) of each year, except that the final payment on the debt evidenced herein shall be made on or before November twenty-one (21), two thousand sixteen (2016), pursuant to Deed number Ninety (90) dated November twenty-one (21), two thousand two (2002), before the notary Oscar Castellón Pérez.

9

PAGE NUMBER                                                                602

I DO ATTEST AND CERTIFY. In Yauco, Puerto Rico, today, November twenty-one (21), two thousand two (2002). (Signed, stamped, initialed, and sealed) ATTY. OSCAR CASTELLON PEREZ, NOTARY PUBLIC."

B) "The amount of this Promissory Note and the Mortgage that guarantees it has been extended and re-amortized on November Twenty-One (21), two thousand two (2002), with a balance owed of *NINE THOUSAND NINE HUNDRED FIFTEEN DOLLARS AND TWENTY CENTS ($9,915.20)* of principal and *TWO THOUSAND SIX HUNDRED FORTY-FOUR DOLLARS AND FOURTEEN CENTS ($2,644.14)* of interest, for a total of *TWELVE THOUSAND FIVE HUNDRED FIFTY-NINE DOLLARS AND THIRTY-FOUR CENTS ($12,559.34),* which shall accrue interest at a rate of *THREE POINT SEVENTY FIVE PERCENT (3.75%)* per annum, and due to having been given a deferral of *FIVE (5)* years, shall be paid as follows: *ZERO DOLLARS ($0.00)* on or before January one (1), two thousand three (2003), until January one (1), two thousand seven (2007); *ONE THOUSAND SEVEN HUNDRED SIXTY-FIVE DOLLARS ($1,765.00)* on January one (1), two thousand eight (2008), and subsequently each January one (1) of each year, except that the final payment on the debt evidenced herein shall be made on or before November twenty-one (21), two thousand seventeen (2017), pursuant to Deed number `Ninety (90)` dated November twenty-one (21), two thousand two (2002), before the notary Oscar Castellón Pérez.

[Initials]

I DO ATTEST AND CERTIFY. In Yauco, Puerto Rico, today, November twenty-one (21), two thousand two (2002). (Signed, stamped, initialed, and sealed) ATTY. OSCAR CASTELLON PEREZ, NOTARY PUBLIC."

[Seals]

C) "The amount of this Promissory Note and the Mortgage that guarantees it has been extended and re-amortized on November Twenty-One (21), two thousand two (2002), with a balance owed of *TWO THOUSAND FIFTY-THREE DOLLARS AND FORTY-TWO CENTS ($2,053.42)* of Principal and *SIX HUNDRED SIXTY-FIVE DOLLARS AND EIGHTY-TWO CENTS ($665.82)* of interest, for a total of *TWO THOUSAND SEVEN HUNDRED NINETEEN DOLLARS AND TWENTY-FOUR CENTS ($2,719.24),* which shall accrue interest at a rate of *THREE POINT SEVENTY-FIVE PERCENT (3.75%)* per annum, and due to having been given a deferral of *FIVE (5)* years, shall be paid as follows: *ZERO DOLLARS ($0.00)* on or before January one (1),

10

PAGE NUMBER                                                                                    603

two thousand three (2003), until January one (1), two thousand seven (2007); *TWO HUNDRED SEVEN DOLLARS ($207.00)* on January one (1), two thousand eight (2008), and subsequently each January one (1) of each year, except that the final payment on the debt evidenced herein shall be made on or before November twenty-one (21), two thousand two thousand twenty-nine (2029), pursuant to Deed number `Ninety (90)` dated November twenty-one (21), two thousand two (2002), before the notary Oscar Castellón Pérez.

I DO ATTEST AND CERTIFY. In Yauco, Puerto Rico, today, November twenty-one (21), two thousand two (2002). (Signed, stamped, initialed, and sealed) ATTY. OSCAR

[Initials]        CASTELLON PEREZ, NOTARY PUBLIC.″

[Seals]           Once the note is placed and signed, I return them to the Mortgagee, *MR. CARLOS RAMIREZ,* in his capacity.

SPECIAL WARNINGS

EIGHTH: I, the notary, made to the appearing parties all pertinent legal warnings. I specifically advised them:

A.        That if the real estate object if this transaction is in a flood zone, any current and future owner and/or occupant shall be required by law to observe and comply with the requirements and provisions of the Flood Zone Regulations, being warned that lack of compliance with same would result in an illegal act, in accordance with the provisions of the Flood Zone Law. The appearing parties acknowledge and obligate themselves to fully comply in the event that this applies to them.

B.        Regarding the obligation of the Purchasing party to transfer all property contributions in his name at the Municipal Tax Collection Center (CRIM, Spanish acronym) and

11

PAGE NUMBER                                                                 603

for the term established to request an exemption from same if he qualifies, according to the law.

NINENTH: The Mortgagor obligates himself to sign all public, private and administrative documents necessary and useful or as requested by the Mortgagee, for the purpose of compliance and registration of the business herein recorded, whose deliberate intention is the re-amortization and modification of the mortgage loans previously granted, in a broad sense.

ACCEPTANCE AND WARNINGS

[Stamp]

The appearing parties accept this deed as it has been drafted according to their

[Initials]

instructions, after I, THE NOTARY, have made all legal warnings pertinent to this type of granting.

[Seals]

READING AND GRANTING

So, they state and grant before me.

THE NOTARY DID READ this deed to the appearing parties out loud and without interruption of any kind, and the appearing parties do hereby ratify all its contents, after I advised him of his right to read it himself and request the presence of witnesses, which rights they did waive. They proceed to affix their initials to the left margin to each page of this deed and to sign their full names at its end. TO ALL THAT IS CONTAINED HEREIN, I, THE NOTARY, DO ATTEST AND CERTIFY.

[Signatures]

12

This is a true and exact copy of the original that is filed in the protocol of public instruments of the Authorizing Notary. Initials are affixed to each and every page and each of the appearing parties sign their full name on the last page.

Contains **12** pages. The Internal Revenue Seals and notarial tax seals are affixed and cancelled. I issue this [Illegible] copy to an interested party today, Feb. 13, 2007. To all that I sign, stamp, initial and seal, I DO ATTEST.

[Signature]
Oscar Castillón Pérez

[Seal]

Only in order to procure the registration information, as this deed has been confiscated according to the law, the following note is attached:

Book 457 - Yauco
Page 70 and 72
Farm - #7,700 and #7,701
7th and 8th Recordings

Ponce on December 4, 2002.
[Signature]
Registrar
2.21.07

[Illegible handwriting]

"The amount of this Promissory Note and the Mortgage that guarantees it, re-amortized on February twenty-six, nineteen ninety-three, gives a balance owed of ONE HUNDRED FOURTEEN THOUSAND ONE HUNDRED TWENTY-NINE DOLLARS AND ELEVEN CENTS ($114,129.11) with interest at a rate of five percent (5%) per annum and which shall be paid as follows:  EIGHTY DOLLARS ($80.00) on or before January one of the first five (5) years and then TEN THOUSAND NINE HUNDRED TWENTY-ONE DOLLARS ($10,921.00) for the remaining nineteen years (19). The payments shall be made on January one of each year for the next twenty-four years, pursuant to Deed Number SEVENTEEN (17), before Oscar Castellón Pérez.

I DO ATTEST.

In Yauco, Puerto Rico, on February 26, 1993.
              [Signature]
ATTY. OSCAR CASTELLON PEREZ
NOTARY PUBLIC

 [Stamps]

"The amount of this Promissory Note and the Mortgage that guarantees it, re-amortized on November nineteen (19) of nineteen eighty-six (1986), gives a balance owed of NINETY-SIX THOUSAND FOUR HUNDRED SEVENTY-SEVEN DOLLARS AND FORTY-SEVEN CENTS ($96,477.47) with interest at a rate of Five (5%) percent per annum, and which shall be paid as follows: ONE HUNDRED DOLLARS ($100.00) on or before January one, nineteen eighty-seven (1987), and SIX THOUSAND TWO HUNDRED NINETY-THREE DOLLARS ($6,923.00) on or before each subsequent January one, except that the final payment on the debt herein assumed shall be made  on or before November nineteen (19), two thousand sixteen (2016), pursuant to Deed Number One Hundred Thirty-Three (133), dated November nineteen (19), nineteen eighty-six (1986), before XAVIER R. TORRES VILLA.

I DO ATTEST."

In Yauco, Puerto Rico, November 19, 1986.


[Seal]                                    [Signature]
                                          XAVIER R TORRES VILLA
                                          Public Notary

**ADDENDUM**

The amount of this promissory note and the mortgage that guarantees it has been extended and re-amortized as of November twenty-one (21), two thousand two (2002), giving a balance owed of *NINE THOUSAND NINE HUNDRED FIFTEEN DOLLARS AND TWENTY CENTS ($9,915.20)* of principal, and *TWO THOUSAND SIX HUNDRED FORTY-FOUR DOLLARS AND FOURTEEN CENTS ($2,644.14)* of interest, for a total of *TWELVE THOUSAND FIVE HUNDRED FIFTY-NINE DOLLARS AND THIRTY-FOUR CENTS ($12,559.34),* which shall accrue interest at a rate of *THREE POINT SEVENTY-FIVE PERCENT (3.75%)* per annum and, due to a FIVE (5) year deferment being granted, shall be paid as follows: *ZERO DOLLARS ($0.00)* on or before January one (1), two thousand three (2003), until January one (1), two thousand seven (2007); *ONE THOUSAND SEVEN HUNDRED SIXTY-FIVE DOLLARS ($1,765,00)* on January one (1), two thousand eight (2008), and subsequently on January one (1) of each year, except that the final installment on the debt herein evidenced shall be made on or before November twenty-one (21), two thousand seventeen (2017), pursuant to Deed Number ---NINETY (90)------ dated November Twenty-One (21), two thousand two (2002).

**I DO ATTEST AND CERTIFY**. In Yauco, Puerto Rico, on November Twenty-One (21), two thousand two (2002).

[Signature]
**OSCAR CASTELLON PEREZ**

**PUBLIC NOTARY**

[Illegible seal]

USDA-FmHA
Form FmHA 1940-17
(Rev. 4-92)

## PROMISSORY NOTE

| KIND OF LOAN |
| --- |
| Type: __EM__  ☐ Regular |
| ☐ Limited Resource |
| **Pursuant to:** |
| ☐ Consolidated Farm & Rural Development Act |
| ☒ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name |
| --- |
| ANGEL M. LOPEZ PADRO |

| State | County |
| --- | --- |
| PUERTO RICO | YAUCO |

| Case No. | Date |
| --- | --- |
| 53-16-582723982 | APRIL 25, 1995 |

| Fund Code | Loan No. |
| --- | --- |
| 43 | 05 |

| ACTION REQUIRING NOTE | |
| --- | --- |
| ☐ Initial loan | ☐ Rescheduling |
| ☒ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| | ☐ Deferred payments |
| ☐ Consolidation | ☐ Debt write down |
| ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in _____ YAUCO _____ _____, or at such other place as the Government may later designate in writing, the principal sum of

TEN THOUSAND_____ dollars

($ 10,000.00 )_____ ), plus interest on the unpaid principal balance at the RATE of

THREE POINT SEVENTY FIVE_____ percent ( 3.75____ %) per annum and

_____dollars ($ _____ )
of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST,** in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in ____ 11 ____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | |
| --- | --- | --- | --- |
| $ 258 on 1-1-96 | ; $ on ; |
| $ on | ; $ on ; |
| $ on | ; $ on ; |
| $ on | ; $ on ; |
| $ on | ; $ on ; |
| $ on | ; $ on ; |

and $ 1218 ____ thereafter on 01-01-96 of each year ____ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable ____ 10 ____ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government operates otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
|  | $ | % | , 19 |  | , 19 |
|  | $ | % | , 19 |  | , 19 |
|  | $ | % | , 19 |  | , 19 |
|  | $ | % | , 19 |  | , 19 |
|  | $ | % | , 19 |  | , 19 |
|  | $ | % | , 19 |  | , 19 |
|  | $ | % | , 19 |  | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION) AGREEMENT: If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

_____ (Borrower)

_____

_____

_____

### RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 10,000.00 | 04-25-95 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |

TOTAL  $ 10,000.00

'U.S. Government Printing Office: 1994 — 555-046/80025

*Position 2*                    FmHA 1940-17 (Rev. 4-92)

# ADDENDUM

El importe de este Pagaré y la Hipoteca que lo garantiza ha sido ampliado y reamortizado al Veintiuno (21) de noviembre del año dos mil dos (2002), dio un saldo deudor montante a *NUEVE MIL NOVECIENTOS QUINCE DOLARES CON VEINTE CENTAVOS ($9,915.20)* de Principal, y *DOS MIL SEISCIENTOS CUARENTA Y CUATRO DOLARES CON CATORCE CENTAVOS ($2,644.14)* de intereses, para un total de *DOCE MIL QUINIENTOS CINCUENTA Y NUEVE DOLARES CON TREINTA Y CUATRO CENTAVOS ($12,559.34)*, que devengará intereses razón de un *TRES PUNTO SETENTA Y CINCO PORCIENTO (3.75%)* anual y por habersele dado un diferimiento de *CINCO (5)* años, habrá de ser pagada en la siguiente forma: *CERO DOLARES ($0.00)* en o antes del uno (1) de enero del año dos mil tres (2003) hasta el uno (1) de enero del año dos mil siete (2007); *MIL SETECIENTOS SESENTA Y CINCO DOLARES ($1,765.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil diez y siete (2017), según consta de la Escritura número ---NOVENTA (90)------- del día Veintiuno (21) de noviembre del año dos mil dos (2002).

DOY FE Y CERTIFICO. En Yauco, Puerto Rico, hoy Veintiuno (21) de noviembre del año dos mil dos (2002).

OSCAR CASTELLON PEREZ
NOTARIO PUBLICO

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

------------------------------NUMERO **SETENTA Y TRES (73)**----
                         NUMBER **SEVENTY THREE (73).**------

----------------------HIPOTECA VOLUNTARIA---------------
                      VOLUNTARY MORTGAGE

En Yauco, Puerto Rico, a          veinticinco (25)------
In    Yauco Puerto Rico, at April        twenty   five   (25)----
de abril de mil novecientos noventa y cinco (1995).
nineteen hundred and ninety five (1995).----------
------------------------ANTE MI--
                        BEFORE ME

------------------OSCAR CASTELLON PEREZ------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
Attorney and Notary Public for the Island of Puerto Rico, with residence in    Yauco-

                    y oficina en    Yauco,   Puerto  Puerto Rico.-
                    and office in
Puerto Rico

------------------COMPARECEN--------------
                   APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage--------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-------

aparecen de dicho párrafo.------------------------
appear from said paragraph.------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad.----------------
statements which I believe to be true of their age, civil status, profession and residence.-------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this-----

miento.------------------------------
voluntary   mortgage.------

------------------EXPONEN------------
                  WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in-------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".--------------
hereinafter referred to as "the property".------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens--------

se especifican en el párrafo UNDECIMO.------------------
specified in paragraph ELEVENTH herein.------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,----------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——

hayan estimado sobre la propiedad hipotecada.——
estimated against the property.——

CUARTO: Se sobreentiende que:——
FOURTH: It is understood that:——

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——

asegurar su pago de conformidad con'el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One——

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——

das.——

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——

prestamista asegurado.——
will be the insured lender.——

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——
and interest.——

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——
ments on the note, to be designated the "annual charge".——

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——



Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.———————————————————
supplementary agreement.————————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————————

plimiento por parte del deudor hipotecario.—————————————————————————————
by the mortgagor.————————————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
to indemnify and save harmless the mortgagee against loss under its————————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,———————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor———————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or ——————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—————————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and—————————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the————————————



dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account———————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and———————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgage all extensions and renewals of any of —————————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional———————————

adicional especificada en el párrafo NOVENO de este documento.————————————
amounts as specified in paragraph NINTH hereof.———————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:———————————
SIXTH: That the mortgagor specifically agrees as follows:—————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————————————

- 4 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the———————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,———————————

hipotecario como agente cobrador del tenedor del mismo.———————————————————
as collection agent for the holder.———————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal———————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by———————————————————

reglamentos de la Administración de Hogares de Agricultores.———————————————
regulations of the Farmer's Home Administration.———————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,———————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less———————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder———————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement———————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.———————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.———————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held———————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite———————————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance———————————

por el acreedor hipotecario por cuenta del deudor hipotecario.———————————————
by the mortgagee for the account of the mortgagor.———————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this———————————————————————



párrafo devengará intereses a razón del      **TRES PUNTO SETENTA Y-----**
subparagraph shall bear interest at the rate of

**CINCO** ---------- por ciento ( **3.75** º/o)—————————————————
per cent        (        º/o)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.———————————————————————————————————
to the mortgagee.———————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any ———————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
or all amount advanced by the mortgagee for property insurance premiums, repairs,———————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
or other claims, for the protection of the mortgaged property,———————————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the———————————

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate-----------------

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance-------------

hasta que los mismos sean satisfechos por el deudor hipotecario.--------------
until repaid to the mortgagee.-----------------------------------

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,-------------

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor--------------

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the---------------------------------

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance--------

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant--------------

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the------------------

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments-------

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any-----------------

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee---------------

hipotecario determinare.----------------------------------------
determines.------------------------------------------------

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely-----------------------

los propósitos autorizados por el acreedor hipotecario.--------------------
for purposes authorized by mortgagee.-------------------------------

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens--------------

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee---------

tecario bajo los términos de esta hipoteca.-----------------------------
under the terms of this mortgage.----------------------------------

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required-------

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro---------------

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions--------

aprobare el acreedor hipotecario.--------------------------------
approved by mortgagee.-----------------------------------------

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all- -------- -- -------

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor----- ---------

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remov nor demolish



Forma FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other———————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time————————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices———————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————————————

tiempo pueda prescribir.————————————————————————————————
time may prescribe.————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
under the regulations of the Farmers Home Administration, mortgagor—————————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it————————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation—————————————

ción o al arrendamiento.———————————————————————————————
or  lease.————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations—————————

que afecten los bienes o su uso.———————————————————————————
affecting the property or its use.————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times————————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining  whether or not——————————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——————————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the————————————————

deudor hipotecario de los convenios de esta hipoteca.————————————————————
mortgagor of the covenants of this mortgage.————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——————————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción———————
mortgagee of such action, and mortgagee at its option——————————————————————

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its—————————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said——————————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause——————————————

para adelantos, gastos y otros pagos.————————————————————————————————
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect—————————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,————————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect—————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the—————————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed, ————————————————

en el orden y manera que el acreedor hipotecario determinare.—————————————
in what ever order and manner mortgagee may determine.——————————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a———————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept———————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.———————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply—————————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,———————————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of—————————



Forma FmHA 1927-1(S) PR
(Rev. 6-93)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgage, mortgagee is————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgage secured hereby, immediately due and payable and————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————



bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————

seguro o cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————
request the protection of the law.————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————

rarios de abogado.————
attorney's fees.————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————

garantizada o sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder para
said lien, the mortgagee is hereby authorized and empowered at————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)————

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any——————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————

dichos bienes.——————————————————————————
said property.———————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,——————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————
in or to the lien or any benefits herein contained.———————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,——————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————

constituirá incumplimiento de esta hipoteca.——————————————
constitute default hereunder.————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,——————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the——————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated——————

especifica más adelante.——————————————————————
hereinafter.————————————————————————————

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————————



Forma FmHA 1927-1(S) PR
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.------
mortgage, and if any amount then remains, will pay such amount to mortgagor.------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount------

de
of      DIEZ   MIL   DOLARES   ($10,000.00)--------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgage. This mortgage is subject to the rules and regulations of the------

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and------

y aseguramiento del préstamo antes mencionado.------
insuring of the loan hereinb. fore mentioned.------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:------
NINTH: The amounts guaranteed by this mortgage are as follows:------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee------

hipotecario cediere esta hipoteca sin asegurar el pagaré  DIEZ      MIL----
should assign this mortgage without insurance of the note,

                                        DOLARES ($
                                        DOLLARS  ($10,000.00 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

TRES PUNTO SETENTA Y CINCO   por ciento (3.75      º/o) anual;
                             per cent (         º/o) per annum;

- 11 -

**Dos.** En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
**Two.** At all times when said note is held by an insured lender:

(A)
(A)   DIEZ      MIL---------------------------------

-------------------------   DOLARES ($
DOLLARS ($ 10,000.00

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender----------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as----------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,----------------

Tercero;------------------------------------------------------------------
Three;--------------------------------------------------------------------

(B)
(B)   QUINCE      MIL---------------------------------------------------

-------------------------   DOLARES ($
DOLLARS ($ 15,000.00

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might----------------

sufrir bajo su seguro de pago del pagaré.------------------------------------
sustain under its insurance of payment of the note;--------------------------

**Tres.** En cualquier caso y en todo tiempo;-------------------------------
**Three.** In any event and at all times whatsoever;--------------------------

(A)
(A)   CUATRO   MIL   DOLARES---------------------------------

($4,000.00   ) para intereses después de mora;-------------------------
($   ) for default interest;-------------------------------

(B)
(B)  DOS   MIL   DOLARES   ----------------------------

{ $2,000.00   ) para contribuciones, seguro y otros adelantos para la con-
) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph--------

SEXTO, Tercero;---------------------------------------------------------
SIXTH, Three;------------------------------------------------------------

(C)
(C)   MIL   DOLARES   ----------------------------

($ 1,000.00   ) para costas, gastos y honorarios de abogado en caso
($   ) for costs, expenses and attorney's fees in case------   ------

de ejecución;-----------------------------------------------------------
of foreclosure;-----------------------------------------------------------

(D)
(D)   MIL   DOLARES---------------------------------------

($ 1,000.00   ) para costas y gastos que incurriere el acreedor hipoteca-
($   ) for costs and expenditures incurred by the mortgagee in-------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with---------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as---------------

se consigna en el párrafo SEXTO, Trece.-----------------------------------
provided in paragraph SIXTH, Thirteen.------------------------------------

- 12 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————
of this mortgage is(are) described as follows:————————————————

"Pagaré otorgado en el caso número
"Promissory note executed in case number   Seis tres guión uno seis guión

cinco ocho dos siete dos tres nueve ocho dos.————————————————
fechado el día
(63-16-582723982)————————————————   dated the   ——————————

veinticinco   de   abril   de mil novecientos—————
day of   april   nineteen hundred and

noventa y cinco   por la suma de   DIEZ MIL DOLARES———
in the amount of

($10,000.00)————————————————   dólares de principal más
of principal plus

intereses sobre el balance del principal adeudado a razón del
interest over the unpaid balance at the rate of   ——————————————

TRES PUNTO SETENTA Y CINCO   {   3.75%   }   por ciento anual,
percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los   DIEZ AÑOS (10)————————————————
and payable

años de la fecha de este pagaré.————————————————
years from the date of this promissory note.——————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:——————————

- 13 -

VER PAGINA ANEXA.

Adquirió el prestatario la descrita finca por _____
Borrower acquired the described property by

según consta de la Escritura Número   _____
pursuant to Deed Number

de fecha   _____
dated

otorgada en la ciudad de   _____
executed in the city of

ante el Notario   _____
before Notary

Dicha propiedad se encuentra _____
Said property is

_____

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ——————————

carioDON ANGEL MARIO LOPEZ PADRO, mayor de edad, soltero,
are

    propietario  y  vecino  de  Guayanilla,  Puerto  Rico,

    Seguro   Social   número        _____

cuya dirección postal es: _____
whose postal address is:

_____

_____

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used————



------Que el deudor hipotecario es dueño en pleno dominio de las siguientes propiedades las cuales se dan en garantía en la presente obligación hipotecaria, a saber:--------------------

-----A. RUSTICA: Parcela numero UNO (1): Predio de terreno en el Barrio Barinas del término municipal de Yauco, Puerto Rico, con una cabida superficial de UNA (1) CUERDA. Equivalente a tres mil novecientos treinta metros cuadrados (3,930 m.c) en lindes por el Norte, Sur, Este y Oeste, en sesenta y dos punto setenta metros con terrenos de la Sucesion de Maria Lopez Camacho de la cual se segrega.----

-----Dicha propiedad consta inscrita al folio 125 del tomo 230 de Yauco, finca número 7700, inscripción primera.----------------

-------B. RUSTICA: Parcela numero DOS (2): Predio de terreno en el Barrio Barinas del término municipal de Yauco, Puerto Rico, con una cabida superficial de NUEVE CUERDAS, equivalente a treinta y cinco mil trescientos setenta (35,370) metros cuadrados. En lindes por el Norte y Sur en ciento cincuenta y tres metros cada una con terrenos de la finca principal de la cual se segrega y por el Este y Oeste, en doscientos treinta y uno punto diez y ocho metros cada uno con terrenos de Máximo Vega Flores y terrenos de la Sucesión Maria López Camacho de los cuales se segregan respectivamente.-----------------------------------------------------

---Dicha finca consta inscrita al folio 132 del tomo 230 de Yauco, finca numero 7701.----------------------------------------------

Dichas fincas se encuentran gravadas con hipotecas a favor de Estados Unidos de América, a favor del Portador y a favor del Banco Obrero de Ahorro y Crédito de Puerto Rico, según surge del sus inscripciones en el Registro de la Propiedad, Sección Ponce II.-------------------------------------------------------------



14A

---La responsabilidad del gravamen hipotecario aquí constituido por la suma principal de DIEZ MIL DOLARES ($10,000.00) se distribuye de la siguiente manera:---

---A) La finca número 7700 responde por la suma de MIL DOLARES ($1,000.00).---

B) La finca número 7701 responde por la suma de NUEVE MIL DOLARES ($9,000.00).---

---Se aclara además que las fincas dadas en garantía hipotecaria responden cada una en la siguiente proporción en la suma dada para la tasación, descrita en la página once (11) párrafo septimo, así como en las cantidades descritas en la página doce (12) párrafo noveno, relacionadas con las costas, gastos y honorarios de abogado, a saber:---

---A) La finca número 7700 responde en una participación de diez porciento !0%) en dichas cantidades.---

B) La finca número 7701 responde en una participación de noventa porciento (90%) en dichas cantidades.---



14 B

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical———

físicas en la finca(s) descrita(s).———————————————————————————
installations on the described farm(s).———

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure———————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan———

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless———

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as———

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause———

vencimiento de la obligación si todo el término hubiese transcurrido y en
the ... to become due as if the whole term had elapsed and the———

aptitud ... Gobierno de declarar vencido o pagadero el préstamo y proceder a la
... option may declare due and payable the loan and proceed to———

ejecución de la hipoteca.————————————————————————————
the foreclosure of the mortgage.———

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction———

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
... building existing on the farm(s) hereinbefore described and all improvement,———

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the———

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present———

dueños deudores o por sus cesionarios o causahabientes.————————————
owners or by their assignees or successors.———

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and———

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or———

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
... representatives, in favor of mortgagee (Farmers Home Administration)———

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
... homestead right (Homestead) that presently ... in the future———

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
... may have in the property described in paragraph eleventh and in the buildings———

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted———

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen———

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31———

L.P.R.A. 1851)—————————————————————————————————
L.P.R.A. 1951).———

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any———

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with———

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part —————

de la propiedad gravada por esta Hipoteca.————— ——————————————
of the property encumbered by this Mortgage.—————————————————————————

**DECIMO OCTAVO:** El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move—— —————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ————————————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances—————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will—————————————————

notificará por escrito al Supervisor Local.————————————— —— ——— ———
notify it in writing to the County Supervisor.————————————————————————

**DECIMO NOVENO:** Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed————————————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous———

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations—————————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and————————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——— ————

estos tipos de préstamos.————————————————————————————
these types of loans.——————————————————————————————————

**VIGESIMO:** Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——— ——— ———————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the——————————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two————————————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————————————————————————

Se hace constar que LA AGENCIA téene el siguiente nú-

mero de cuenta patronal  72-0564834 F.—————————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

```
———————————————————ACEPTACION———————————————————
                              ACCEPTANCE
```

El (los) comparecientes ACEPTAN està escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once———————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.—————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)—————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.————————————————————————————————————————————
I advised him (them).—————————————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES—————

FE de todo el contenido de esta escritura.———————————————————————
FAITH to everything contained in this deed.————————————————————————

*Firmado; Angel Mario Lopez Padro*



, ......firado y ......ricado. ...........

....LLON PEREZ.————————————————————————————

-Tiene adheridos y cancelados los correspondientes————
sellos de Rentas Internas y el del Impuesto Notarial——
del Colegio de Abogados de Puerto Rico.————————————

———Suscritas las iniciales de cada compareciente en———
todos y cada uno d. los fólios de la escritura matriz—
así como estan......... sello y rúbrica del Notario—————
Autorizante....................................————————

———Correspon.................. sta con el original de su-
contenido .............................. ......ntos indicado en mi-
protocolo de ................... ........licos.————————————

-EN FE DE LO CUAL, y para la parte interesada expido——
hoy 25 de Abril de 19 45, esta / 1era copia Certificada
1a que firmo, signo, sello y rubrico.————————————

ASI DOY FE Y CERTIFICO.

Sr. Carlota de los Rios.



17

REGISTRO DE LA PROPIEDAD DE PONCE

SECCION II

Presentado a la (s) _11:40_ _Morena_

Asiento Núm. _363_ del _32_

Ders: Un sello de 50¢ Núm.

Un comprobante de $1.00 Núm.

comprobante de $ Núm.

comprobante de $ Núm.

Total Ders. $ _Sin derechos_

En Ponce, P. R., a _4_ de _mayo_ de 19 _91_

_____ Registrador (s)

Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número _858_.
_Ponce_, P. R. a _15_ de _agosto_ de _1995_

Suspendido término
30-agosto- 1995

Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número _1565_.
_Ponce_, P. R. _12_ de _dic._ de _1995_.

Caducado en virtud del Artículo 52 de la
Ley 198 de 8 de agosto de 1979.
_Ponce_, P. R. a _9_ de _febrero_ de _1996_



Descrito esta escritura de hipoteca en cuenta a la finca # 7700 de Yauco, en el sistema de folio mo. vil del Registro de la Propiedad Sección II de Ponce, siendo ta. afecta a hipoteca por $6,500.00 a favor del Banco Obrero y Prestamos de Puerto Rico y hipoteca por $73,500.00 Constituida. Sobre esta finca y otra responde esta finca de $7,350.00, la cual fue modificada y afecta a la hipoteca que presta documento se constituye, y en cuenta a la finca # 7701 de Yauco, en el sistema de folio movil del Registro de la Pa. Piedra Sección II de Ponce siendo ta. afecta a hipoteca por $73,500.00 Constituida Sobre esta finca y otra responde esta finca de $66,150.00, la cual fue modificada por la Sobre tenido de Comercio, hipoteca $6,500.00 a favor del Banco Obrero y Prestamos de Ph., hipoteca por $8,000.00 a favor de Estado Unidos al Comercio y afecta a la Brija ta en Yauco por este Documento se constituye, Ponce, a 29 de Marzo de 1996.

Sin derecho.

USDA-FmHA
Form FmHA 1940-17
(Rev. 10-89)

*4304*

PROMISSORY NOTE

| KIND OF LOAN | |
|---|---|
| Type: __EM__ | ☒ Regular |
| | ☐ Limited |
| |     Resource |
| Pursuant to: | |
| ☐ Consolidated Farm & Rural Development Act | |
| ☒ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Name | | ACTION REQUIRING NOTE | |
|---|---|---|---|
|   ANGEL MARIO LOPEZ PADRO | | ☒ Initial loan | ☐ Rescheduling |
| State   PUERTO RICO | County   YAUCO | ☐ Subsequent loan | ☐ Reamortization |
| | | ☐ Consolidated & subsequent loan | ☐ Credit sale |
| Case No.   63-16-582723982 | Date   13 DE FEBRERO DE 1990 | | ☐ Deferred payments |
| | | ☐ Consolidation | ☐ Debt write down |
| Fund Code   43 | Loan No.   04 | ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in  YAUCO, PUERTO RICO————————————————

———————————————————, or at such other place as the Government may later designate in writing, the principal sum of

EIGHT THOUSAND————————————————————————————————————————— dollars

($ 8,000.00————————————————————————), plus interest on the unpaid principal balance at the **RATE** of

FOUR AND A HALF——————————————————————percent (.04.5000——————%) per annum and

————————————————————————————————————————— dollars ($——————————————) of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Adminis- tration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Bor- rower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in  __eight (8)__  installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | | |
|---|---|---|---|---|
| $ 318.00 | on 01-01-91 | ; $ NA | on | ; |
| $ NA | on | ; $ NA | on | ; |
| $ NA | on | ; $ NA | on | ; |
| $ NA | on | ; $ NA | on | ; |
| $ NA | on | ; $ NA | on | ; |
| $ NA | on | ; $ NA | on | ; |

and $ 1,358.00  thereafter on 01-01  of each year until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable seven  years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is re- quested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Records of Advances.

For each rescheduled, reamortized or consolidated note, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

ANGEL MARIO LOPEZ PADRO                                     *(Borrower)*

LUCIA AMALIA RUIZ LOPEZ                                     *(Co-borrower)*

HC-02 BOX 13602

YAUCO, PUERTO RICO   00768

**RECORD OF ADVANCES**

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 8,000.00 | 02-13-90 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 02-13-90 | |

*Position 2*                                     FmHA 1940-17 (Rev. 10-89)

# ADDENDUM

El importe de este Pagaré y la Hipoteca que lo garantiza ha sido ampliado y reamortizado al Veintiuno (21) de noviembre del año dos mil dos (2002), dio un saldo deudor montante a *DOS MIL CINCUENTA Y TRES DOLARES CON CUARENTA Y DOS CENTAVOS ($2,053.42)* de Principal, y *SEISCIENTOS SESENTA Y CINCO DOLARES CON OCHENTA Y DOS CENTAVOS ($665.82)* de intereses, para un total de *DOS MIL SETECIENTOS DIEZ Y NUEVE DOLARES CON VEINTICUATRO CENTAVOS ($2,719.24)*, que devengará intereses razón de un *TRES PUNTO SETENTA Y CINCO PORCIENTO (3.75%)* anual y por habersele dado un diferimiento de *CINCO (5)* años, habrá de ser pagada en la siguiente forma: *CERO DOLARES ($0.00)* en o antes del uno (1) de enero del año dos mil tres (2003) hasta el uno (1) de enero del año dos mil siete (2007); *DOSCIENTOS SIETE DOLARES ($207.00)* el uno (1) de enero del año dos mil ocho (2008) y subsiguientemente en el uno (1) de enero de cada año, excepto que el plazo final de la deuda aquí evidenciada, se hará en o antes del veintiuno (21) de noviembre del año dos mil veintinueve (2029), según consta de la Escritura número ---NOVENTA (90)- del día Veintiuno (21) de noviembre del año dos mil dos (2002).

DOY FE Y CERTIFICO. En Yauco, Puerto Rico, hoy Veintiuno (21) de noviembre del año dos mil dos (2002).

OSCAR CASTELLON PEREZ
NOTARIO PUBLICO

Forma FmHA 427-1(S) PR
(Rev. 10-82)

---------------------------NUMERO OCHO---------------------
                           NUMBER   EIGTH-

--------------------HIPOTECA VOLUNTARIA--------------------
                   VOLUNTARY MORTGAGE

En  Yauco,  Puerto Rico,  a  trece  de  febrero  de  mil
In  Yauco, Puerto Rico, at February, thirhteen, ninety
novecientos  noventa  (1990).-----------------------------
hundred and ninety (1990).--------------------------------

------------------------ANTE MI---------------------------
                      BEFORE ME

--------------OSCAR CASTELLON PEREZ------------------
--------------OSCAR CASTELLON PEREZ------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en  Yauco
Attorney and Notary Public for the Island of Puerto Rico, with residence in
                                   Yauco------

Puerto Rico            y oficina en   Yauco, Puerto Rico,
Puerto Rico            and office in   Yauco------           Puerto Rico.

------------------------COMPARECEN------------------------
                      APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances----------

aparecen de dicho párrafo.-------------------------------
appear from said paragraph.------------------------------

Yo fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.------------------
statements which I believe to be true of their age, civil status, profession and residence.--------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
they assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this----

miento.-------------------------------------------------
voluntary mortgage.-------------------------------------

------------------------EXPONEN---------------------------
                   WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".------------------
hereinafter referred to as "the property".------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.------------------
specified in paragraph ELEVENTH herein.------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------------

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with-----------------------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

**CUARTO:** Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any



- 2 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera ..eros en relación con dicho préstamo as, como también a los beneficios
others in connection with said loan, as well as any benefit————————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————————

cualquier convenio suplementario por parte del deudor.————— —————————
supplementary agreement.————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————————

plimiento por parte del deudor hipotecario.————————————————————
by the mortgagor.——— ————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph (Two) of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————



- 3 -

subpárrafo (Tres) del párrafo  .OVENO de este instrumento y para .. gurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the--------------------

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor--------------------

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor----------------

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on--------------

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,-------

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,-------------

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and----------------------

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or-----------------

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,------------------

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to---------------------

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor--------------------

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or---------------------

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest-------------------

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until--

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and---------

después del vencimiento hasta los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.---------------------------

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the---------------

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and------------------

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account------

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and-------------------

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of -------------

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional------------

adicional especificada en el párrafo NOVENO de este documento.-------------------
amounts as specified in paragraph NINTH hereof.----------------------------

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:----------------
SIXTH: That the mortgagor specifically agrees as follows:------------------------

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness-----------------------------

- 4 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.——

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——

hipotecario como agente cobrador del tenedor del mismo.———————————
as collection agent for the holder.——

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los ;
and any deliquency charges, now or hereafter required by——

reglamentos de la Administración de Hogares de Agricultores.———————————
regulations of the Farmer's Home Administration.——

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.———————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited——

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——

por el acreedor hipotecario por cuenta del deudor hipotecario.———————————
by the mortgagee for the account of the mortgagor.——

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——

párrafo devengará intereses a razón del    CUATRO Y MEDIO——————————
subparagraph shall bear interest at the rate of    FOUR AND A HALF——

——————————————— por ciento (    4.50—%(o)——————————————
——————————————— per cent (    4.50—%(o)——

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————
to the mortgagee.——

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————
until repaid to the mortgagee.———————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————————

hipotecario determinare.————————————————————————————————————
determines.——————————————————————————————————————————————



(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————————————————

los propósitos autorizados por el acreedor hipotecario.————————————————
for purposes authorized by mortgagee.——————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor————

tecario bajo los términos de esta hipoteca.————————————————————————
under the terms of this mortgage.————————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según reque-
(Eight) To procure and maintain insurance against fire and other hazards as required————



ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.————————————————————————————
approved by mortgagee.——————————————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.————————————————————————
time may prescribe.————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.————————————————————
or lease.————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.————————————————————
affecting the property or its use.————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.————————————
mortgagor of the covenants of this mortgage.————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option



podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and——————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)——

de solicitar la protección de la ley.——————
request the protection of the law.——————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————

 los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
all necessary expenses for the fulfillment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————

rarios de abogado.——————
attorney's fees.——————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement——

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of——

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles pose
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment——————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so————————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment——————

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this——————————————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.——————
mortgage, and if any amount then remains, will pay such amount to mortgagor.——————————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case——————————————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,——————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount——————————————

de   OCHO MIL DOLARES ($8,000.00)——————————————————————————
of   EIGTH THOUSAND DOLLARS ($8,000.00)——————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the————————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and——————

y aseguramiento del préstamo antes mencionado.——————————————————————
insuring of the loan herein before mentioned.————————————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:——————
NINTH: The amounts guaranteed by this mortgage are as follows:——————————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of——————————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee——————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré   OCHO MIL DOLARES———
should assign this mortgage without insurance of the note,   EIGTH THOUSAND——————

————————————————————————————— DOLARES ($ 8,000.00 )
————————————————————————————— DOLLARS ($ 8,000.00 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del ——————
the principal amount of said note, together with interest as stipulated therein at the rate of ——————

CUATRO YUMEDIO——————————————— por ciento (  4.50      o/o) anual;
FOUR AND A HALF——————————————— per cent (  4.50      o/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)   OCHO MIL----------------------------------------------
(A)   FIGTH THOUSAND-----------------------------------------

----------------------------------DOLARES ($ 8,000.00----
----------------------------------DOLLARS ($ 8,000.00

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender--------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------

Tercero;----------------------------------------------------
Three;------------------------------------------------------

(B)   DOCE MIL----------------------------------------------
(B)   TWELVE THOUSAND----------------------------------------

----------------------------------DOLARES ($ 12,000.00
----------------------------------DOLLARS ($ 12,000.00

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might--------------

sufrir bajo su seguro de pago del pagaré.---------------------
sustain under its insurance of payment of the note;-----------

Tres. En cualquier caso y en todo tiempo;--------------------
Three. In any event and at all times whatsoever:-------------

(A)   TRES MIL DOSCIENTOS DOLARESS--------------------------
(A)   THREE THOUSAND TWO HUNDRED DOLLARS---------------------

($ 3,200.00     ) para intereses después de mora:-----------
($ 3,200.00     ) for default interest:---------------------

(B)   MIL SEISCIENTOS DOLARES-------------------------------
(B)   ONE THOUSAND SIX HUNDRED DOLLARS-----------------------

{ $1,600.00     ) para contribuciones, seguro y otros adelantos para la con-
{ $1,600.00     ) for taxes, insurance and other advances for the preservation;

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph---------

SEXTO, Tercero;---------------------------------------------
SIXTH, Three;-----------------------------------------------

(C)   OCHOCIENTOS DOLARES-----------------------------------
(C)   EIGTH HUNDRED DOLLARS---------------------------------

($   800.00         ) para costas, gastos y honorarios de abogado en caso
($   800.00         ) for costs, expenses and attorney's fees in case----

de ejecución;-----------------------------------------------
of foreclosure;---------------------------------------------

(D)   OCHOCIENTOS DOLARES-----------------------------------
(D)   EIGTH HUNDRED DOLLARS---------------------------------

($   800.00         ) para costas y gastos que incurriere el acreedor hipoteca-
($   800.00         ) for costs and expenditures incurred by the mortgagee in------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with----------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as----------------

se consigna en el párrafo SEXTO, Trece.---------------------
provided in paragraph (SIXTH, Thirteen.--------------------

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD----------------------

de esta hipoteca es (son) descrito(s) como sigue:----------------------
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número **seis tres guión uno seis guión**--
"Promissory note executed in case number **six three dash one six dash**----

**cinco ocho dos siete dos tres nueve ocho dos**--
**five eigth two seven two three nine eigth two**------------

(63-16-582723982)----------------------fechado el día _____
                                        dated the

trece (13)----------------------febrero

thirteen (13)-____de____        February-        de mil novecientos------
                 day of                         nineteen hundred and

novena (1990)-----------por la suma de    OCHO MIL------------
ninety (1990)-----------in the amount of   EIGTH THOUSAND------

($8,000.00)----------------------    dólares de principal más
($8,000.00)----------------------    of principal plus

intereses sobre el balance del principal adeudado a razón del   CUATRO Y MEDIO--
interest over the unpaid balance at the rate of                 FOUR AND A HALF------

----------------------{   4.50%----}por ciento anual,
----------------------    4.50%----  percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los        SIETE (7)----------------------
and payable  SEVEN (7)----------------------

años de la fecha de este pagaré.----------------------
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.----------------
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which---------------

constituye Hipoteca Voluntaria, se describe como sigue:----------------------
voluntary mortgage is constituted, is described as follows:---------------------

- 13 -

RUSTICA: Parcela número Dos (2) predio de terreno en el Barrio Barinas del término municipal de Yauco, Puerto Rico con una cabida superficial de NUEVE (9) CUERDAS, equivalente a TREINTA Y CINCO MIL TRESCIENTOS SETENTA (35,370) METROS CUADRADOS. En lindes por el NORTE Y SUR: en ciento cincuenta y tres punto cero cero (153.00) metros cada una con terrenos de la finca principal de la cual se segrega y por el ESTE Y OESTE: en doscientos treinta y uno punto diez y ocho (231.18) metros cada uno con terrenos de la Sucesión María López Camacho de los cuales se segregan respectivamente.------

Adquirió el prestatario la descrita finca por      herencia------------
Borrower acquired the described property by      ------------------------

según consta de la Escritura Número    ------------------------------
pursuant to Deed Number    ------------------------------

de fecha    ------------------------------
dated    ------------------------------

otorgada en la ciudad de    ------------------------------
executed in the city of    ------------------------------

ante el Notario    ------------------------------
before Notary    ------------------------------

Dicha propiedad se encuentra inscrita al folio ciento treinta y dos
Said property is    registered at page   one hundred thirty two (132)
tomo doscientos treinta (230) de Yauco, finca número sie
volume two hundred thirty (230) of Yauco, farm number
seven thousand seven hundred one (7,701).------------
te mil setecientos uno (7,701).------------------------
------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ------------------

carios DON ANGEL MARIO LOPEZ PADRO Y DOÑA LUCIA A. RUIZ
are MR. ANGEL MARIO LOPEZ PADRO AND MRS. LUCIA A. RUIZ
LOPEZ, mayores de edad, casados entre sí, propietarios y
LOPEZ, of legal age, married each other, owned propertors
vecinos de Yauco, Puerto Rico.------------------------
and neighbors of Yauco, Puerto Rico.------------------------
cuya dirección postal es:
whose postal address is:    Bo. Barinas, Yauco, Puerto Rico  00768
      Bo. Barinas, Yaucof, Puerto Rico  00768------------
------------------------------
------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used------

14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
**FOURTEENTH:** The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
**FIFTEENTH:** This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
**SIXTEENTH:** The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADninistración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1651).
L.P.R.A. 1651).

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual-
**SEVENTEENTH:** Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part ——

de la propiedad gravada por esta Hipoteca.————————————————
of the property encumbered by this Mortgage.————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move——————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances——

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——————

notificará por escrito al Supervisor Local.————————————————
notify it in writing to the County Supervisor.——————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed——————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous——

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations——————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and——————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——————

estos tipos de préstamos.————————————————————
these types of loans.——————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the——————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two——————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S C. 1490a)——
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——————

Se hace constar que el número de Cuenta Patronal de la

Administración de Hogares de Agricultores es el

siguiente: 72-0564834 F y el número de Seguro Social de

los Deudores Hipotecarios es el: 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 y——————

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, respectivamente.——————————————————

16

Forma FmHA 427-1(S) PR
(Rev. 10-82)

---------------------ACEPTACION---------------------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once----------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.----------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)------

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.---------------------------------------------------
I advised him (them).---------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its----------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed----------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES----------

FE de todo el contenido de esta escritura.----------------------------
FAITH to everything contained in this deed.---------------------------

---Firmado:  Angel Mario Lopez Padro y Mercedes Lopez
Anglero----------------------------------------------------------



-Firmado, signado, sellado y ribricado:  OSCAR--------
CASTELLON PEREZ.-----------------------------------------

-Tiene adheridos y cancelados los correspondientes----
sellos de Rentas Internas y el del Impuesto Notarial--
del Colegio de Abogados de Puerto Rico.----------------

---Suscritas las iniciales de cada compareciente en--
todos y cada uno de los folios de la escritura matriz-
así como estampado el sello y rúbrica del Notario-----
Autorizante.------------------------------------------

---Corresponde bien y fielmente con el original de su-
contenido obrante bajo el número antes indicado en mi-
protocolo de Instrumentos Públicos.--------------------

-EN FE DE LO CUAL, y para la parte interesada expido--
hoy 13 de feb de 1970, esta 1era copia certificada
la que firmo, signo, sello y rubrico.------------------
ASI DOY FE Y CERTIFICO.

REGISTRO DE LA PROPIEDAD DE

Presentado a la (s) _____ de la _____ a las _____
Asiento Núm. _____ 528 _____ del tomo-diario _____ 732 _____
Ders: Un a tio de 50c _____ Num. _____
Un comprobante de $1.00 _____ Núm. _____
_____ comprobante de $ _____ Núm. _____
_____ comprobante de $ _____ Núm. _____
Total Ders. $ _____
En _____ P. R., a _____ 14 _____ de _____ febrero _____ de 19 20

Registrador (a)

asienta al folio _____ 136 _____
tomo _____ 230 _____ de _____
finca _____ 2201 _____ inscrip. _____ 5a _____
con los cargos siguientes:

En San Germán, P. R. a _____ de _____
de 19 __. _____ Ders. _____
Registrador.

OK
chuko por

UNITED STATES DEPARTMENT OF AGRICULTURE                              Exhibit 10
FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Lopez Padro, Angel M.              Case No:    63-016-3982

*CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution
Task Force Contractor of the *Farm Service Agency* , United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of         September 9, 2020**

| Loan Number | 43-06 | |
|---|---|---|
| Note Amount | $ | 8,000.00 |
| Original Note Date | 2/13/1990 | |
| Date of Last Payment | 3/18/2013 Bankruptcy | |
| Principal Balance | $ | 1,004.50 |
| Unpaid Interest | $ | 663.82 |
| Misc. Charges | $ | - |
| Total Balance | $ | 1,668.32 |
| Daily Interest Accrual | $ | 0.1032 |
| Amount Delinquent | $ | 497.86 |
| Years Delinquent | 2 | |

| Loan Number | 43-07 | |
|---|---|---|
| Note Amount | $ | 10,000.00 |
| Original Note Date | 4/25/1995 | |
| Date of Last Payment | 3/18/2013 Bankruptcy | |
| Principal Balance | $ | 10,950.47 |
| Unpaid Interest | $ | 4,344.90 |
| Misc. Charges | $ | - |
| Total Balance | $ | 15,295.37 |
| Daily Interest Accrual | $ | 1.1250 |
| Amount Delinquent | $ | 15,295.37 |
| Years Delinquent | Fully matured | |

| Loan Number | 41-08 | |
|---|---|---|
| Note Amount | $ | 73,500.00 |
| Original Note Date | 8/11/1977 | |
| Date of Last Payment | 3/18/2013 Bankruptcy | |
| Principal Balance | $ | 166,671.12 |
| Unpaid Interest | $ | 117,024.60 |
| Misc. Charges | $ | - |
| Total Balance | $ | 283,695.72 |
| Daily Interest Accrual | $ | 22.8317 |
| Amount Delinquent | $ | 283,695.72 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of
Agriculture, 0.9.2342.19200300.100.1.1=12001003816118,
cn=CARLOS MORALES (Affiliate)
Date: 2020.09.09 11:37:33 -04'00'
Adobe Acrobat version: 2020.012.20041

Carlos J. Morales Lugo
LRTF Contractor
September 9, 2020



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Exhibit 11

SSN:                XXX-XX-3982
Birth Date:
Last Name:          LOPEZ PADRO
First Name:         ANGEL
Middle Name:        MARIO
Status As Of:       Nov-17-2020
Certificate ID:     9PYP99RWSHTPYDT

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _____<br>*Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. |
| ANGEL M. LOPEZ PADRO, et als. | ) ) | FORECLOSURE OF MORTGAGE |
| _____<br>*Defendant(s)* | ) ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANGEL M. LOPEZ PADRO
Rd. 335, Km. 6.5 Int.
Barina Wd.
Yauco, P.R. 00698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. ANGEL M. LOPEZ PADRO, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Conjugal Partnership López-Ruiz
Rd. 335, Km. 6.5 Int.
Barina Wd.
Yauco, P.R. 00698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| ANGEL M. LOPEZ PADRO, et als. | ) ) | FORECLOSURE OF MORTGAGE |
| | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LUCIA AMALIA RUIZ LOPEZ
Rd. 335, Km. 6.5 Int.
Barina Wd.
Yauco, P.R. 00698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

### CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):     Fortuño, Juan Carlos

USDC-PR Bar Number:     211913

Email Address:     jcfortuno@fortuno-law.com

1.   Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:     UNITED STATES OF AMERICA, acting through the USDA

   Defendant:     ANGEL M. LOPEZ PADRO; ET ALS.

2.   Indicate the category to which this case belongs:

   ☒  Ordinary Civil Case

   ☐  Social Security

   ☐  Banking

   ☐  Injunction

3.   Indicate the title and number of related cases (if any).

   N/A

4.   Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐  Yes
   ☒  No

5.   Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐  Yes
   ☒  No

6.   Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐  Yes
   ☒  No

Date Submitted:   November 17, 2020

rev. Dec. 2009

Print Form      Reset Form

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

## DEFENDANTS

ANGEL M. LOPEZ PADRO, et als.

County of Residence of First Listed Defendant    Yauco, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
300,659.41

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE    November 17, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____